LAW OFFICES
MEYERS LAW GROUP, P.C.
44 MONTGOMERY STREET, SUITE 1010
SAN FRANCISCO, CALIFORNIA 94104

20 pages

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| In re: | Case No.: 08-25145 |
| JOHN D. REYNEN and JUDITH M. REYNEN, | Chapter 11 |
| Debtors. | MLG-022 |
| In re: | Case No.: 08-34878 |
| CHRISTO BARDIS and SARA BARDIS, | Chapter 11 |
| Debtors. | MHK-009 |

**EXHIBIT E TO PROPOSED DISCLOSURE STATEMENT
FOR DEBTORS' JOINT PLAN OF REORGANIZATION**

**(February 2009 Monthly Operating Report for Reynen Estate)**

-1-

EXHIBIT E TO DISCLOSURE STATEMENT
23213/20014

**18 pages**

MEYERS LAW GROUP, P.C.
MERLE C. MEYERS, CA Bar # 66849
EDIE WALTERS, DC Bar # 474033
MICHELE THOMPSON, CA Bar # 241676
44 Montgomery Street, Suite 1010
San Francisco, CA 94104
Telephone: (415) 362-7500
Facsimile: (415) 362-7515

Counsel for John and Judith Reynen, Debtors

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

In re:

JOHN D. REYNEN and JUDITH M. REYNEN,

        Debtors.

Case No. 08-25145

Chapter 11

**MONTHLY OPERATING REPORT – FEBRUARY 2009**

23034/20014

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

In re: John D. Reynen  
Judith M. Reynen

Case No. 2008-25145

**CHAPTER 11**  
**MONTHLY OPERATING REPORT**  
**(SMALL REAL ESTATE/INDIVIDUAL CASE)**

## SUMMARY OF FINANCIAL STATUS

MONTH ENDED: 2/28/09          PETITION DATE: 04/23/08

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ___ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
   Dollars reported in $1

|   |   | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|---|
| 2. | Asset and Liability S Communities CA, R&K Homes | | | |
|   | a. Current Assets | $28,366,718 | $3,883,008 | |
|   | b. Total Assets | $63,786,576 | $39,379,840 | $73,902,884 |
|   | c. Current Liabilities | $14,609 | $20,094 | |
|   | d. Total Liabilities | $941,452,588 | $951,372,393 | $97,259,864 |

|   |   | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 3. | Statement of Cash Receipts & Disbursements for Month | | | |
|   | a. Total Receipts | $24,681,443 | ($3,024) | $27,542,486 |
|   | b. Total Disbursements | $192,806 | $52,079 | $1,847,158 |
|   | c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $24,488,637 | ($55,103) | $25,695,328 |
|   | d. Cash Balance Beginning of Month | $2,374,254 | $2,429,359 | $1,167,563 |
|   | e. Cash Balance End of Month (c + d) | $26,862,891 | $2,374,256 | $26,862,891 |

|   |   | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 4. | Profit/(Loss) from the Statement of Operations | N/A | N/A | N/A |
| 5. | Account Receivables (Pre and Post Petition) | $0 | $0 | |
| 6. | Post-Petition Liabilities | $14,609 | $20,094 | |
| 7. | Past Due Post-Petition Account Payables (over 30 days) | $0 | $0 | |

At the end of this reporting month:                                                                  Yes    No

8. Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee)                                    X
9. Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee)                                    X
10. If the answer is yes to 8 or 9, were all such payments approved by the court?
11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee)                                    X
12. Is the estate insured for replacement cost of assets and for general liability?    X
13. Are a plan and disclosure statement on file?                                    X
14. Was there any post-petition borrowing during this reporting period?                                    X

15. Check if paid: Post-petition taxes ___;    U.S. Trustee Quarterly Fees  X ; Check if filing is current for: Post-petition tax reporting and tax returns:  X .
    (Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 3/13/2009 0:00                    /S/ John D. Reynen /S/ Judith M. Reynen  
                                        Responsible Individual

Revised 3/15/99

## BALANCE SHEET
(Small Real Estate/Individual Case)
For the Month Ended 02/28/09

| | Assets | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, ets.) | | $26,862,891 |
| 2 | Accounts receivable (net) | | |
| 3 | Retainer(s) paid to professionals | | $746,183 |
| 4 | Other: Life Insurance | | $257,644 |
| 5 | Note Receivable | | $500,000 |
| 6 | Total Current Assets | | $28,366,718 |
| | **Long Term Assets (Market Value)** | | |
| 7 | Real Property (residential) | | $18,415,840 |
| 8 | Real property (rental or commercial) | | |
| 9 | Furniture, Fixtures, and Equipment | | $332,206 |
| 10 | Vehicles | | $91,010 |
| 11 | Partnership interests | | $380,000 |
| 12 | Interest in corportations | | $16,160,802 |
| 13 | Stocks and bonds | | |
| 14 | Interests in IRA, Keogh, other retirement plans | | |
| 15 | Other: Boat | | $40,000 |
| 16 | | | |
| 17 | Total Long Term Assets | | $35,419,858 |
| 18 | Total Assets | | $63,786,576 |
| | **Liabilities** | | |
| | **Post-Petition Liabilities** | | |
| | **Current Liabilities** | | |
| 19 | Post-petition not delinquent (under 30 days) | | $3,643 |
| 20 | Post-petition delinquent other than taxes (over 30 days) | | |
| 21 | Post-petition delinquent taxes | | |
| 22 | Accrued professional fees | | $10,966 |
| 23 | Other: | | |
| 24 | | | |
| 25 | Total Current Liabilities | | $14,609 |
| 26 | Long-Term Post Petition Debt | | |
| 27 | Total Post-Petition Liabilities | | $14,609 |
| | **Pre-Petition Liabilities (allowed amount)** | | |
| 28 | Secured claims (residence) | | $4,691,318 |
| 29 | Secured claims (other) | | $11,147,324 |
| 30 | Priority unsecured claims | | $3,093,397 |
| 31 | General unsecured claims | | $922,505,940 |
| 32 | Total Pre-Petition Liabilities | | $941,437,979 |
| 33 | Total Liabilities | | $941,452,588 |
| | **Equity (Deficit)** | | |
| 34 | Total Equity (Deficit) | | ($877,666,012) |
| 35 | Total Liabilities and Equity (Deficit) | | $63,786,576 |

NOTE:
Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

Revised 3/15/99

# SCHEDULES TO THE BALANCE SHEET

## Schedule A
### Rental Income Information
### For the month ending 2/28/09

List the Rental Information Requested Below By Properties (For Rental Properties Only)

| | | Property 1 | Property 2 | Property 3 |
|---|---|---|---|---|
| 1 | Description of Property | N/A | N/A | N/A |
| 2 | Scheduled Gross Rents | | | |
| | Less: | | | |
| 3 | Vacancy Factor | | | |
| 4 | Free Rent Incentives | | | |
| 5 | Other Adjustments | | | |
| 6 | Total Deductions | $0 | $0 | $0 |
| 7 | Scheduled Net Rents | $0 | $0 | $0 |
| 8 | Less: Rents Receivable (2) | | | $0 |
| 9 | Scheduled Net Rents Collected (2) | $0 | $0 | $0 |

(2) To be completed by cash basis reporters only.

## Schedule B
### Recapitulation of Funds Held at End of Month

| | | Account 1 | Account 2 | Account 3 |
|---|---|---|---|---|
| 10 | Bank | Union Bank | Union Bank | Note 1 |
| 11 | Account No. | ▓▓▓▓114 | ▓▓▓▓4122 | |
| 12 | Account Purpose | DIP # 1 | DIP # 2 | |
| 13 | Balance, End of Month | $2,348,563 | $20,625 | $24,493,703 |
| 14 | Total Funds on Hand for all Accounts | $26,862,891 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.
Note 1: Cash included in line 14 consists of IRS tax refund account, exempt social security cash account and $250 cash on hand.

Revised 3/15/99

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
## Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended 02/28/09

|    |                                                          | Actual Current Month | Cumulative (Case to Date) |
|----|----------------------------------------------------------|---------------------:|--------------------------:|
|    | **Cash Receipts**                                        |                      |                           |
| 1  | Rent/Leases Collected                                    |                      | $0                        |
| 2  | Cash Received from Sales                                 |                      | $0                        |
| 3  | Interest Received                                        | $2,882               | $2,887                    |
| 4  | Borrowings                                               |                      |                           |
| 5  | Funds from Shareholders, Partners, or Other Insiders     |                      | $7,500                    |
| 6  | Capital Contributions                                    |                      |                           |
| 7  | Communities CA                                           |                      |                           |
| 8  | Refunds - IRS tax refund                                 | $24,467,348          | $24,467,449               |
| 9  | Investment distributions - Townsquare & Pinnacle Peak    | $202,576             | $202,576                  |
| 10 | Communities CA, R&K Homes                                | $6,307               | $55,639                   |
| 11 | Other Cash Receipts - see attached schedule              | $2,330               | $2,806,435                |
| 12 | **Total Cash Receipts**                                  | $24,681,443          | $27,542,486               |
|    | **Cash Disbursements**                                   |                      |                           |
| 13 | Selling                                                  |                      |                           |
| 14 | Administrative                                           |                      | $709,234                  |
| 15 | Capital Expenditures                                     |                      | $4,688                    |
| 16 | Principal Payments on Debt                               | $8,214               | $79,637                   |
| 17 | Interest Paid                                            | $29,529              | $368,806                  |
|    | Rent/Lease:                                              |                      |                           |
| 18 | Personal Property                                        |                      |                           |
| 19 | Real Property                                            |                      |                           |
|    | Amount Paid to Owner(s)/Officer(s)                       |                      |                           |
| 20 | Salaries                                                 |                      |                           |
| 21 | Draws                                                    |                      |                           |
| 22 | Commissions/Royalties                                    |                      |                           |
| 23 | Expense Reimbursements                                   |                      |                           |
| 24 | Other                                                    |                      |                           |
| 25 | Salaries/Commissions (less employee withholding)         |                      |                           |
| 26 | Management Fees                                          |                      |                           |
|    | Taxes:                                                   |                      |                           |
| 27 | Employee Withholding                                     |                      |                           |
| 28 | Employer Payroll Taxes                                   |                      |                           |
| 29 | Real Property Taxes                                      |                      |                           |
| 30 | Other Taxes                                              | $3,103               | $43,159                   |
| 31 | Other Cash Outflows:                                     |                      |                           |
| 32 | Living expenses                                          | $6,587               | $45,391                   |
| 33 | Utilities & property maintenance                         | $15,351              | $127,496                  |
| 34 | Insurance & property taxes                               | $7,437               | $290,532                  |
| 35 | Communities CA, R&K Homes                                | $6,307               | $55,639                   |
| 36 | Other - transfer to Buildco, Inc                         | $116,278             | $122,576                  |
| 37 | **Total Cash Disbursements:**                            | $192,806             | $1,847,158                |
| 38 | **Net Increase (Decrease) in Cash**                      | $24,488,637          | $25,695,328               |
| 39 | **Cash Balance, Beginning of Period**                    | $2,374,254           | $1,167,563                |
| 40 |                                                          | $26,862,891          | $26,862,891               |

Revised 3/15/99

SCHEDULE TO THE SUMMARY OF FINANCIAL STATUS
February 28, 2009

SCHEDULE OF RECEIPTS AND DISBURSEMENTS

Lines 10 and 35 Communities, R&K Homes
Amounts paid by Communities, CA on behalf of John D. Reynen

| Date | Amount | Description |
|---|---|---|
| 12/31/08 | 2,848.50 | Wagner Kirkman Water rights |
| 12/31/08 | 459.00 | Wagner Kirkman Water rights |
| 12/31/08 | 567.00 | Wagner Kirkman Amendment |
| 12/31/08 | 2,108.70 | Wagner Kirkman Amendment |
| 12/31/08 | 324.00 | Wagner Kirkman Formation |
| | 6,307.20 | |

Line 11 Other Cash Receipts

| Date | Amount | Description |
|---|---|---|
| 2/25/2009 | 2,330.00 | Exempt social security |
| | 2,330.00 | |



# STATEMENT OF ACCOUNTS

UNION BANK OF CALIFORNIA
SPECIALIZED DEPOSITS 218
POST OFFICE BOX 513840
LOS ANGELES          CA  90051-3840

Page 1 of 1
JOHN D REYNEN AND JUDITH M REY
Statement Number: ~~~~~61730
2/6/09 - 2/26/09

Customer Inquiries
800-418-6466

CY20Z  O B 0000

JOHN D REYNEN AND JUDITH M REYNEN
IRS TAX REFUND ACCOUNT
CHAPTER 11 DEBTOR IN POSSESSION
CASE #2008-25145
10630 MATHER BLVD
MATHER CA 95655

Thank you for banking with us
since 2008



☑ *Go green this year with online statements instead of paper!*
*Call your banker today to make the switch.*

## BUSINESS MONEYMARKET ACCOUNT SUMMARY                                   Account Number: ~~~~~1730

Days in statement period: 21

| | | |
|---|---|---|
| Beginning balance on 2/6 | $ | 0.00 |
| Total Credits | | 24,470,230.37 |
| Other credits and adjustments (2) | 24,470,230.37 | |
| Total Debits | | 0.00 |
| Ending Balance on 2/26 | $ | 24,470,230.37 |

| Interest | | |
|---|---|---|
| Paid this period | $ | 2,882.45 |
| Paid year-to-date | $ | 2,882.45 |
| Interest Rates | | |
| 2/6/09-2/22/09 | | 0.00% |
| 2/23/09 | | 0.85% |
| 2/24/09-2/26/09 | | 1.15% |
| Annual Percentage Yield Earned | | 1.07% |

## CREDITS

### Other credits and adjustments

| Date | Description | Reference | Amount |
|---|---|---|---|
| 2/23 | TELEPHONE TRANSFER | 99351334 | $ 24,467,347.92 |
| 2/26 | INTEREST PAYMENT | | 2,882.45 |
| | 2 Other credits and adjustments | Total amount $ | 24,470,230.37 |

## DAILY LEDGER BALANCE

| Date | Ledger Balance | Date | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|---|---|
| 2/6-2/22 | $ 0.00 | 2/23-2/25 | $ 24,467,347.92 | 2/26 | $ 24,470,230.37 |



## STATEMENT OF ACCOUNTS

UNION BANK OF CALIFORNIA
SPECIALIZED DEPOSITS 218
POST OFFICE BOX 513840
LOS ANGELES          CA    90051-3840

Page 1 of 1
JOHN D REYNEN
Statement Number: ████4602
1/30/09 - 2/26/09

Customer Inquiries
800-418-6466

Thank you for banking with us since 2008


RECEIVED MAR 2 2009 By_____

CY20 Z 0.8 0000

JOHN D REYNEN
CHAPTER 11 DEPTOR IN POSSESSION
CASE #2008-25145
10630 MATHER BLVD
MATHER CA 95655

☒ Opening a new Union Bank account online has never been easier. It's secure, easy and takes just a few minutes. Go to unionbank.com/openaccount.

### REGULAR CHECKING SUMMARY                                       Account Number: ████4602

Days in statement period: 28

| | | |
|---|---:|---:|
| Beginning balance on 1/30 | $ | 20,893.00 |
| Total Credits | | 2,330.00 |
|    Electronic credits ( 1 ) | 2,330.00 | |
| Total Debits | | 0.00 |
| Ending Balance on 2/26 | $ | 23,223.00 |

### CREDITS

**Electronic credits**

| Date | Description | Reference | Amount |
|---|---|---|---:|
| 2/25 | US TREASURY 303 SOC SEC  PPD  **********ASSA | 57043023 | $ 2,330.00 |

### DAILY LEDGER BALANCE

| Date | Ledger Balance | Date | Ledger Balance | Date | Ledger Balance |
|---|---:|---|---:|---|---|
| 1/30-2/24 | $ 20,893.00 | 2/25-2/26 | $ 23,223.00 | | |

Estate of John D & Judy M Reynen	Bank Reconciliation	03-09-2009     Page 1

UBDIP2 - Union Bank - Judy Reynen DIP

Statement Date: 02-28-2009

|  |  |  |  | Balance Per Bank Statement | 21,131.86 |  |  |
|---|---|---|---|---|---|---|---|
|  |  |  |  | Subtractions | Additions | Voided Amount | Void Date |
| Outstanding Checks: |  |  |  |  |  |  |  |
|  | AP | 1048 | 02-06-2009 | 482.00 |  |  |  |
|  | AP | 1071 | 12-21-2008 | 25.00 |  |  |  |
|  |  |  |  | 507.00* |  |  |  |

Outstanding Deposits:

Outstanding Withdrawls:

Outstanding Adjustments:

|  | Totals | 507.00 |
|---|---|---|
|  | Adjusted Bank Balance | 20,624.86 |
| Register Balance as of Statement Date |  | 20,624.86 |

Estate of John D & Judy M Reynen  Register  03-09-2009  Page 1

Date Range: 02-01-2009 To 02-28-2009

Bank: UBDIP2 - Union Bank - Judy Reynen DIP
Beginning Balance As Of 2-01-2009:  21,161.86

| Date | Type | Check#/DepositID | Void | Description | Beginning Balance | Subtraction | Addition | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| 02-06-2009 | Chk | 1048 | | J Smith & Sons, Inc. | | 482.00 | | 20,679.86 |
| 02-18-2009 | Chk | 1047 | | Carol Hampton | | 52.00 | | 20,627.86 |
| 02-26-2009 | Chk | 20090226 | | Union Bank of California | | 3.00 | | 20,624.86 |
| UBDIP2 Bank Totals: | | | | | 21,161.86 | 537.00 | .00 | 20,624.86 |

| Date | Jrn | Ref 1 | Ref 2 Transaction Desc | Beginning Balance | Debit | Credit | Ending Balance |
|---|---|---|---|---|---|---|---|
| 002-1002 Union Bank - Acct. # xxxxxxx4122 | | | | | | | |
| 2-06-2009 | 4 | | Summary Entry | | | 482.00- | |
| 2-18-2009 | 4 | | Summary Entry | | | 52.00- | |
| 2-26-2009 | 4 | | Summary Entry | | | 3.00- | |
| Total Account 002-1002 - Union Bank - Acct. # xxx8005 | | | | 21,161.86* | .00* | 537.00-* | 20,624.86* |
| GRAND TOTALS | | | | 21,161.86* | .00* | 537.00-* | 20,624.86* |

Estate of John D & Judy M Reynen     Reconciliation Journal                      03-09-2009      Page 1

Bank: UBDIP2 - Union Bank - Judy Reynen DIP
Reconciliation Status: Finished
Statement Date: 2-28-2009

| Type | Check#/ Deposit ID | Date | Description | Subtraction | Addition | Cleared Amount | Cleared Date |
|---|---|---|---|---|---|---|---|
| Chk | 1063 | 12-03-2008 | Bennett McCulloch | 250.00 | | (250.00) | 02-28-2009 |
| Chk | 1038 | 01-22-2009 | Chris York | 3,000.00 | | (3,000.00) | 02-28-2009 |
| Chk | 1039 | 01-24-2009 | Anna Ponse | 480.00 | | (480.00) | 02-28-2009 |
| Chk | 80629 | 01-30-2009 | Blue Shield of California | 381.00 | | (381.00) | 02-28-2009 |
| Chk | 1047 | 02-18-2009 | Carol Hampton | 52.00 | | (52.00) | 02-28-2009 |
| Chk | 20090226 | 02-26-2009 | Union Bank of California | 3.00 | | (3.00) | 02-28-2009 |
| | STATEMENT TOTALS: | | | 4,166.00 | .00 | (4,166.00) | |

<----------- Number of Transactions ----------->        <----------- Cleared Amounts ----------->
                        Total       Reconciled

         Checks:          6             6                     Checks:       (4,166.00)
       Deposits:          0             0                   Deposits:             .00
    Withdrawals:          0             0                Withdrawals:             .00
    Adjustments:          0             0                Adjustments:             .00



# STATEMENT OF ACCOUNTS

UNION BANK OF CALIFORNIA
SPECIALIZED DEPOSITS 218
POST OFFICE BOX 513840
LOS ANGELES    CA  90051-3840

Page 1 of 4
JOHN D REYNEN AND JUDITH M REY
Statement Number ████4122
1/30/09 - 2/26/09

Customer Inquiries
800-418-6466

CY20   010000
JOHN D REYNEN AND JUDITH M REYNEN
ACCOUNT #2
CHAPTER 11 DEBTOR IN POSSESSION
CASE #2008-25145 C/O REYNEN & BARDIS
10630 MATHER BLVD
MATHER CA 95655

Thank you for banking with us since 2008


RECEIVED MAR - 6 2009 By_____

Opening a new Union Bank account online has never been easier. It's secure, easy and takes just a few minutes. Go to unionbank.com/openaccount.

## REGULAR CHECKING SUMMARY                                                Account Number ████4122

Days in statement period: 28

| | | |
|---|---|---|
| Beginning balance on 1/30 | $ | 25,297.86 |
| Total Credits | | 0.00 |
| Total Debits | | -4,166.00 |
| Checks paid ( 5 ) | -4,163.00 | |
| Other debits, fees and adjustments ( 1 ) | -3.00 | |
| Ending Balance on 2/26 | $ | 21,131.86 |

## DEBITS

### Checks paid

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1038 | 2/5 | $ 3,000.00 | 1047* | 2/20 | $ 52.00 | 80629* | 2/25 | $ 381.00 |
| 1039 | 1/30 | 480.00 | 1063* | 1/30 | 250.00 | | | |
| | | | 5 Checks paid | | | Total amount | $ | 4,163.00 |

* Checks missing in sequence. Out of sequence check numbers may also be located in the Electronic debits section of your statement.

### Other debits, fees and adjustments

| Date | Description | Reference | Amount |
|---|---|---|---|
| 2/26 | ENCLOSED CHECKS FEE | | $ 3.00 |

## DAILY LEDGER BALANCE

| Date | Ledger Balance | Date | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|---|---|
| 1/30-2/4 | $ 24,567.86 | 2/20-2/24 | $ 21,515.86 | 2/26 | $ 21,131.86 |
| 2/5-2/19 | 21,567.86 | 2/25 | 21,134.86 | | |

Estate of John D & Judy M Reynen          Bank Reconciliation                    03-10-2009      Page 1

UBDIP1 - Union Bank - John Reynen DIP

Statement Date: 02-28-2009

              Balance Per Bank Statement          2,395,986.98

                                                                              Voided         Void
                                           Subtractions       Additions       Amount         Date
Outstanding Checks:
              AP    2398    01-08-2009                                         270.00    01-08-2009
              AP    2402    01-26-2009        2,121.24
              AP    2406    01-26-2009                                       4,875.00    01-26-2009
              AP    2411    01-26-2009
              AP    2428    02-19-2009           43.30
              AP    2434    02-19-2009        2,338.32
              AP    2438    02-19-2009           19.08
              AP    2439    02-19-2009           49.24
              AP    2444    02-19-2009                                         182.97    02-19-2009
              AP    2448    02-19-2009                                                   02-19-2009
              AP    2449    02-19-2009          481.22
              AP    2450    02-20-2009           62.48
              AP    2451    02-23-2009           25.00
              AP    2452    02-25-2009        9,995.46
              AP    2453    02-25-2009        1,060.62
              AP    2454    02-25-2009        1,874.67
              AP    2455    02-25-2009        2,155.28
              AP    2456    02-25-2009        5,286.46
              AP    2457    02-25-2009        5,704.12
              AP    2458    02-25-2009       11,666.67
              AP    2459    02-25-2009           25.75
              AP    2460    02-25-2009           12.20
              AP    2461    02-25-2009           43.30
              AP    2462    02-26-2009           97.36
              AP    2463    02-26-2009           82.92
              AP    2464    02-26-2009          765.00
              AP    2465    02-26-2009           16.87
              AP    2466    02-26-2009          110.12
              AP    2467    02-26-2009        3,006.12
              AP    2468    02-27-2009          381.00

                                             47,423.80*                      5,327.97*

Outstanding Deposits:

Outstanding Withdrawls:

Outstanding Adjustments:

                              Totals         47,423.80                       5,327.97

              Adjusted Bank Balance            2,348,563.18

      Register Balance as of Statement Date    2,348,563.18

Register Balance Adjusted for Future Period Voids  2,343,235.21

```
Estate of John D & Judy M Reynen           Year-to-date Ledger - Accrual                          3-10-2009  Page 1
                                              (2-01-2009 - 2-28-2009)

                                                    Beginning                                              Ending
   Date      Jrn    Ref 1    Ref 2 Transaction Desc  Balance         Debit           Credit               Balance

001-1001  Union Bank - Acct. #XXXXX4114
 2-06-2009  CR              Legal fee refund                        193.71
 2-06-2009  CR              Unclaimed property                    1,000.00
 2-06-2009  CR              Partnership distribution            115,838.36
 2-09-2009  CR              IRS Tax refund                   24,467,347.92
 2-09-2009  CR              KMS Pinnacle Peak distribution      85,543.88
 2-09-2009   4              Summary Entry                                                26.00-
 2-10-2009   4              Summary Entry                                               342.31-
 2-10-2009   4              Summary Entry                                                 4.95-
 2-12-2009   4              Summary Entry                                               496.73-
 2-12-2009   4              Summary Entry                                             1,230.00-
 2-12-2009   4              Summary Entry                                                 4.95-
 2-13-2009   4              Summary Entry                                             7,813.00-
 2-13-2009   4              Summary Entry                                                40.00-
 2-19-2009   4              Summary Entry                                            14,029.07-
 2-19-2009   4    090203  comcast (Rev)8495 29 009 0267727                              182.97
 2-19-2009   4              Transfer to Buildco, Inc.                               116,277.60-
 2-19-2009   4              Summary Entry                                                28.00-
 2-20-2009   4              Summary Entry                                                62.48-
 2-23-2009   4              Summary Entry                                                25.00-
 2-23-2009   4              IRS Tax refund                                       24,467,347.92-
 2-25-2009   4              Summary Entry                                             9,995.46-
 2-25-2009   4              Summary Entry                                            27,747.82-
 2-25-2009   4              Summary Entry                                                81.25-
 2-26-2009   4              Summary Entry                                             4,078.39-
 2-26-2009   4              Summary Entry                                                 3.00-
 2-27-2009   4              Summary Entry                                               381.00-

Total Account 001-1001 - Union Bank - Acct. #XX005   2,328,471.27*   24,669,923.87*  24,649,831.96-*   2,348,563.18*


GRAND TOTALS                                         2,328,471.27*   24,669,923.87*  24,649,831.96-*   2,348,563.18*
```

Estate of John D & Judy M Reynen      Register      03-10-2009    Page 1

Date Range: 02-01-2009 To 02-28-2009

Bank: UBDIP1 - Union Bank - John Reynen DIP
Beginning Balance As Of 2-01-2009: 2,328,471.27

| Date | Type | Check#/ DepositID | Void | Description | Beginning Balance | Subtraction | Addition | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| 02-06-2009 | Dep | | | Townsquare & Osborne | | | 117,032.07 | 2,445,503.34 |
| 02-09-2009 | Dep | 1 | | IRS Tax refund | | | 24,467,347.92 | 26,912,851.26 |
| 02-09-2009 | Dep | | | KMS Pinnacle Peak distribution | | | 85,543.88 | 26,998,395.14 |
| 02-09-2009 | Chk | 20090209 | | Union Bank of California | | 13.00 | | 26,998,382.14 |
| 02-09-2009 | Chk | 200902091 | | Union Bank of California | | 13.00 | | 26,998,369.14 |
| 02-10-2009 | Chk | 2425 | | Sierra Pacific | | 342.31 | | 26,998,026.83 |
| 02-10-2009 | Chk | 20090210 | | Sierra Pacific | | 4.95 | | 26,998,021.88 |
| 02-12-2009 | Chk | 2426 | | Sierra Pacific | | 496.73 | | 26,997,525.15 |
| 02-12-2009 | Chk | 2427 | | Wells Fargo Insurance Services | | 1,230.00 | | 26,996,295.15 |
| 02-12-2009 | Chk | 20090212 | | Sierra Pacific | | 4.95 | | 26,996,290.20 |
| 02-13-2009 | Chk | 20090213 | | Banorte | | 7,813.00 | | 26,988,477.20 |
| 02-13-2009 | Chk | 200902131 | | Union Bank of California | | 40.00 | | 26,988,437.20 |
| 02-19-2009 | Wdl | | | Transfer to Buildco, Inc. | | 116,277.60 | | 26,872,159.60 |
| 02-19-2009 | Chk | 2428 | | Allied Waste Services | | 43.30 | | 26,872,116.30 |
| 02-19-2009 | Chk | 2429 | | American Express | | 1,156.40 | | 26,870,959.90 |
| 02-19-2009 | Chk | 2430 | | Associated Indemnity Corporati | | 222.83 | | 26,870,737.07 |
| 02-19-2009 | Chk | 2431 | | AT&T | | 18.02 | | 26,870,719.05 |
| 02-19-2009 | Chk | 2432 | | City of Sacramento | | 96.66 | | 26,870,622.39 |
| 02-19-2009 | Chk | 2433 | | Del Paso Country Club | | 754.32 | | 26,869,868.07 |
| 02-19-2009 | Chk | 2434 | | Franchise Tax Board | | 2,338.32 | | 26,867,529.75 |
| 02-19-2009 | Chk | 2435 | | Quest Diagnostics | | 4.41 | | 26,867,525.34 |
| 02-19-2009 | Chk | 2436 | | Southwest Gas Corp | | 308.56 | | 26,867,216.78 |
| 02-19-2009 | Chk | 2437 | | Townsquare Associates | | 1,029.67 | | 26,866,187.11 |
| 02-19-2009 | Chk | 2438 | | PG&E | | 19.08 | | 26,866,168.03 |
| 02-19-2009 | Chk | 2439 | | Charter | | 49.24 | | 26,866,118.79 |
| 02-19-2009 | Chk | 2440 | | Fireman's Fund Insurance Compa | | 456.43 | | 26,865,662.36 |
| 02-19-2009 | Chk | 2441 | | Sierra Pacific | | 587.42 | | 26,865,074.94 |
| 02-19-2009 | Chk | 2442 | | Southwest Gas Corp | | 379.08 | | 26,864,695.86 |
| 02-19-2009 | Chk | 2443 | | AT&T | | 289.84 | | 26,864,406.02 |
| 02-19-2009 | Chk | 2444 | X | Comcast | | | | 26,864,406.02 |
| 02-19-2009 | Chk | 2445 | | Fireman's Fund Insurance Compa | | 2,521.67 | | 26,861,884.35 |
| 02-19-2009 | Chk | 2446 | | Jerry Emerick | | 200.00 | | 26,861,684.35 |
| 02-19-2009 | Chk | 2447 | | SMUD | | 2,889.63 | | 26,858,794.72 |
| 02-19-2009 | Chk | 2448 | X | Walker Cordova Hardware | | | | 26,858,794.72 |
| 02-19-2009 | Chk | 2449 | | Walker Cordova Hardware | | 481.22 | | 26,858,313.50 |
| 02-19-2009 | Chk | 20090219 | | Union Bank of California | | 28.00 | | 26,858,285.50 |
| 02-20-2009 | Chk | 2450 | | Stephen I. Stark, M.D. | | 62.48 | | 26,858,223.02 |
| 02-23-2009 | Wdl | | | IRS Tax refund | | 24,467,347.92 | | 2,390,875.10 |
| 02-23-2009 | Chk | 2451 | | Capital Crew Boosters Club | | 25.00 | | 2,390,850.10 |
| 02-25-2009 | Chk | 2452 | | PHH Mortgage Services | | 9,995.46 | | 2,380,854.64 |
| 02-25-2009 | Chk | 2453 | | California Bank and Trust | | 1,060.62 | | 2,379,794.02 |
| 02-25-2009 | Chk | 2454 | | Chase Auto Finance | | 1,874.67 | | 2,377,919.35 |
| 02-25-2009 | Chk | 2455 | | People's National Bank | | 2,155.28 | | 2,375,764.07 |
| 02-25-2009 | Chk | 2456 | | Wells Fargo Home Mortgage | | 5,286.46 | | 2,370,477.61 |
| 02-25-2009 | Chk | 2457 | | Bank of America | | 5,704.12 | | 2,364,773.49 |
| 02-25-2009 | Chk | 2458 | | Wells Fargo Home Mortgage | | 11,666.67 | | 2,353,106.82 |
| 02-25-2009 | Chk | 2459 | | SMUD | | 25.75 | | 2,353,081.07 |
| 02-25-2009 | Chk | 2460 | | Midtown Internal Medicine | | 12.20 | | 2,353,068.87 |
| 02-25-2009 | Chk | 2461 | | Allied Waste Services | | 43.30 | | 2,353,025.57 |
| 02-26-2009 | Chk | 2462 | | PG&E | | 97.36 | | 2,352,928.21 |
| 02-26-2009 | Chk | 2463 | | Sacramento County Utilities | | 82.92 | | 2,352,845.29 |
| 02-26-2009 | Chk | 2464 | | United States Treasury | | 765.00 | | 2,352,080.29 |
| 02-26-2009 | Chk | 2465 | | PG&E | | 16.87 | | 2,352,063.42 |
| 02-26-2009 | Chk | 2466 | | AT&T | | 110.12 | | 2,351,953.30 |
| 02-26-2009 | Chk | 2467 | | Fireman's Fund Insurance Compa | | 3,006.12 | | 2,348,947.18 |
| 02-26-2009 | Chk | 20090226 | | Union Bank of California | | 3.00 | | 2,348,944.18 |
| 02-27-2009 | Chk | 2468 | | Blue Shield of California | | 381.00 | | 2,348,563.18 |
| | UBDIP1 Bank Totals: | | | | 2,328,471.27 | 24,649,831.96 | 24,669,923.87 | 2,348,563.18 |

Estate of John D & Judy M Reynen      Reconciliation Journal                    03-10-2009      Page 1

Bank: UBDIP1 - Union Bank - John Reynen DIP
Reconciliation Status: Finished
Statement Date: 2-28-2009

| Type | Check#/ Deposit ID | Date | Description | Subtraction | Addition | Cleared Amount | Cleared Date |
|---|---|---|---|---|---|---|---|
| Chk | 2399 | 01-26-2009 | Associated Indemnity Corporati | 222.83 | | (222.83) | 02-28-2009 |
| Chk | 2400 | 01-26-2009 | AT&T | 55.42 | | (55.42) | 02-28-2009 |
| Chk | 2401 | 01-26-2009 | California American Water | 71.97 | | (71.97) | 02-28-2009 |
| Chk | 2403 | 01-26-2009 | Chase Auto Finance | 1,874.67 | | (1,874.67) | 02-28-2009 |
| Chk | 2404 | 01-26-2009 | City of Sacramento | 96.66 | | (96.66) | 02-28-2009 |
| Chk | 2405 | 01-26-2009 | Southwest Gas Corporation | 557.58 | | (557.58) | 02-28-2009 |
| Chk | 2407 | 01-26-2009 | AT&T | 120.93 | | (120.93) | 02-28-2009 |
| Chk | 2408 | 01-26-2009 | Fireman's Fund Insurance Compa | 456.43 | | (456.43) | 02-28-2009 |
| Chk | 2409 | 01-26-2009 | Southwest Gas Corp | 608.64 | | (608.64) | 02-28-2009 |
| Chk | 2410 | 01-26-2009 | Wells Fargo Home Mortgage | 5,550.78 | | (5,550.78) | 02-28-2009 |
| Chk | 2412 | 01-26-2009 | AT&T | 56.43 | | (56.43) | 02-28-2009 |
| Chk | 2413 | 01-26-2009 | Bank of America | 5,704.12 | | (5,704.12) | 02-28-2009 |
| Chk | 2414 | 01-26-2009 | California American Water | 600.91 | | (600.91) | 02-28-2009 |
| Chk | 2415 | 01-26-2009 | Comcast | 327.03 | | (327.03) | 02-28-2009 |
| Chk | 2416 | 01-26-2009 | Fidelity National Property | 3,307.00 | | (3,307.00) | 02-28-2009 |
| Chk | 2417 | 01-26-2009 | Fireman's Fund Insurance Compa | 1,028.59 | | (1,028.59) | 02-28-2009 |
| Chk | 2418 | 01-26-2009 | Kemgas | 197.98 | | (197.98) | 02-28-2009 |
| Chk | 2419 | 01-26-2009 | PHH Mortgage Services | 9,995.46 | | (9,995.46) | 02-28-2009 |
| Chk | 2420 | 01-26-2009 | SMUD | 973.17 | | (973.17) | 02-28-2009 |
| Chk | 2421 | 01-26-2009 | Waste Management | 64.20 | | (64.20) | 02-28-2009 |
| Chk | 2422 | 01-26-2009 | Wells Fargo Home Mortgage | 11,666.67 | | (11,666.67) | 02-28-2009 |
| Chk | 2423 | 01-27-2009 | Susquehana County Treasurer | 3,467.55 | | (3,467.55) | 02-28-2009 |
| Chk | 2424 | 01-28-2009 | U.S. Trustee | 1,950.00 | | (1,950.00) | 02-28-2009 |
| Chk | 20090209 | 02-09-2009 | Union Bank of California | 13.00 | | (13.00) | 02-28-2009 |
| Chk | 200902091 | 02-09-2009 | Union Bank of California | 13.00 | | (13.00) | 02-28-2009 |
| Chk | 2425 | 02-10-2009 | Sierra Pacific | 342.31 | | (342.31) | 02-28-2009 |
| Chk | 20090210 | 02-10-2009 | Sierra Pacific | 4.95 | | (4.95) | 02-28-2009 |
| Chk | 2426 | 02-12-2009 | Sierra Pacific | 496.73 | | (496.73) | 02-28-2009 |
| Chk | 2427 | 02-12-2009 | Wells Fargo Insurance Services | 1,230.00 | | (1,230.00) | 02-28-2009 |
| Chk | 20090212 | 02-12-2009 | Sierra Pacific | 4.95 | | (4.95) | 02-28-2009 |
| Chk | 20090213 | 02-13-2009 | Banorte | 7,813.00 | | (7,813.00) | 02-28-2009 |
| Chk | 200902131 | 02-13-2009 | Union Bank of California | 40.00 | | (40.00) | 02-28-2009 |
| Chk | 2429 | 02-19-2009 | American Express | 1,156.40 | | (1,156.40) | 02-28-2009 |
| Chk | 2430 | 02-19-2009 | Associated Indemnity Corporati | 222.83 | | (222.83) | 02-28-2009 |
| Chk | 2431 | 02-19-2009 | AT&T | 18.02 | | (18.02) | 02-28-2009 |
| Chk | 2432 | 02-19-2009 | City of Sacramento | 96.66 | | (96.66) | 02-28-2009 |
| Chk | 2433 | 02-19-2009 | Del Paso Country Club | 754.32 | | (754.32) | 02-28-2009 |
| Chk | 2435 | 02-19-2009 | Quest Diagnostics | 4.41 | | (4.41) | 02-28-2009 |
| Chk | 2436 | 02-19-2009 | Southwest Gas Corp | 308.56 | | (308.56) | 02-28-2009 |
| Chk | 2437 | 02-19-2009 | Townsquare Associates | 1,029.67 | | (1,029.67) | 02-28-2009 |
| Chk | 2440 | 02-19-2009 | Fireman's Fund Insurance Compa | 456.43 | | (456.43) | 02-28-2009 |
| Chk | 2441 | 02-19-2009 | Sierra Pacific | 587.42 | | (587.42) | 02-28-2009 |
| Chk | 2442 | 02-19-2009 | Southwest Gas Corp | 379.08 | | (379.08) | 02-28-2009 |
| Chk | 2443 | 02-19-2009 | AT&T | 289.84 | | (289.84) | 02-28-2009 |
| Chk | 2445 | 02-19-2009 | Fireman's Fund Insurance Compa | 2,521.67 | | (2,521.67) | 02-28-2009 |
| Chk | 2446 | 02-19-2009 | Jerry Emerick | 200.00 | | (200.00) | 02-28-2009 |
| Chk | 2447 | 02-19-2009 | SMUD | 2,889.63 | | (2,889.63) | 02-28-2009 |
| Chk | 20090219 | 02-19-2009 | Union Bank of California | 28.00 | | (28.00) | 02-28-2009 |
| Chk | 20090226 | 02-26-2009 | Union Bank of California | 3.00 | | (3.00) | 02-28-2009 |
| Dep | | 02-06-2009 | Townsquare & Osborne | | 117,032.07 | 117,032.07 | 02-28-2009 |
| Dep | 1 | 02-09-2009 | IRS Tax refund | | 24,467,347.92 | 24,467,347.92 | 02-28-2009 |
| Dep | | 02-09-2009 | KMS Pinnacle Peak distribution | | 85,543.88 | 85,543.88 | 02-28-2009 |
| Wdl | | 02-19-2009 | Transfer to Buildco, Inc. | 116,277.60 | | (116,277.60) | 02-28-2009 |
| Wdl | | 02-23-2009 | IRS Tax refund | 24,467,347.92 | | (24,467,347.92) | 02-28-2009 |
| | STATEMENT TOTALS: | | | 24,653,484.42 | 24,669,923.87 | 16,439.45 | |

```
<--------- Number of Transactions --------->      <---------- Cleared Amounts ----------->
                      Total     Reconciled
         Checks:       49           49                Checks:        (69,858.90)
       Deposits:        3            3              Deposits:      24,669,923.87
    Withdrawals:        2            2           Withdrawals:     (24,583,625.52)
    Adjustments:        0            0           Adjustments:               .00
```



# STATEMENT OF ACCOUNTS

UNION BANK OF CALIFORNIA
SPECIALIZED DEPOSITS 218
POST OFFICE BOX 513840
LOS ANGELES          CA   90051-3840

Page 1 of 22
JOHN D REYNEN AND JUDITH M REY
Statement Number ████████4114
1/30/09 - 2/26/09

Customer Inquiries
800-418-6466

CY20  010000

JOHN D REYNEN AND JUDITH M REYNEN
ACCOUNT #1
CHAPTER 11 DEBTOR IN POSSESSION
CASE #2008-25145 C/O REYNEN & BARDIS
10630 MATHER BLVD
MATHER CA 95655

Thank you for banking with us since 2008

Opening a new Union Bank account online has never been easier. It's secure, easy and takes just a few minutes. Go to unionbank.com/openaccount.

## REGULAR CHECKING SUMMARY                                                 Account Number: ████████4114

Days in statement period: 28

| | | |
|---|---:|---:|
| Beginning balance on 1/30 | $ | 2,379,547.53 |
| Total Credits | | 24,669,923.87 |
|   Deposits ( 1 ) | 117,032.07 | |
|   Electronic credits ( 2 ) | 24,552,891.80 | |
| Total Debits | | -24,653,484.42 |
|   Checks paid ( 39 ) | -61,099.96 | |
|   Electronic debits ( 6 ) | -124,939.54 | |
|   Other debits, fees and adjustments ( 6 ) | -24,467,444.92 | |
| Ending Balance on 2/26 | $ | 2,395,986.98 |

RECEIVED MAR - 9 2009

## CREDITS

### Deposits
including check and cash credits

| Date | Description | Reference | Amount |
|---|---|---|---:|
| 2/6 | OFFICE DEPOSIT # 0000837090 | 40865320 | $ 117,032.07 |

### Electronic credits

| Date | Description | Reference | Amount |
|---|---|---|---:|
| 2/9 | WIRE TRANS   TRN 0209015670 020909 200902090002451 | 93051246 | $ 85,543.88 |
| 2/9 | WIRE TRANS   TRN 0209021163 020909 0000218 | 93054088 | 24,467,347.92 |
| | 2 Electronic credits | Total amount $ | 24,552,891.80 |

## DEBITS

### Checks paid

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---:|---|---|---:|---|---|---:|
| 2399 | 2/3 | $ 222.83 | 2410 | 2/2 | $ 5,550.78 | 2420 | 2/2 | $ 973.17 |
| 2400 | 2/2 | 55.42 | 2412* | 2/2 | 56.43 | 2421 | 2/4 | 64.20 |
| 2401 | 2/4 | 71.97 | 2413 | 2/9 | 5,704.12 | 2422 | 2/2 | 11,666.67 |
| 2403* | 2/3 | 1,874.67 | 2414 | 2/4 | 600.91 | 2423 | 2/4 | 3,467.55 |
| 2404 | 2/2 | 96.66 | 2415 | 2/3 | 327.03 | 2424 | 2/3 | 1,950.00 |
| 2405 | 2/3 | 557.58 | 2416 | 2/3 | 3,307.00 | 2427* | 2/25 | 1,230.00 |
| 2407* | 2/2 | 120.93 | 2417 | 2/3 | 1,028.59 | 2429* | 2/23 | 1,156.40 |
| 2408 | 2/3 | 456.43 | 2418 | 2/3 | 197.98 | 2430 | 2/25 | 222.83 |
| 2409 | 2/2 | 608.64 | 2419 | 2/4 | 9,995.46 | 2431 | 2/25 | 18.02 |



## Checks paid continued

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 2432 | 2/25 | $ 96.66 | 2440* | 2/25 | $ 456.43 | 2446 | 2/23 | $ 200.00 |
| 2433 | 2/25 | 754.32 | 2441 | 2/23 | 587.42 | 2447 | 2/23 | 2,889.63 |
| 2435* | 2/26 | 4.41 | 2442 | 2/24 | 379.08 | | | |
| 2436 | 2/24 | 308.56 | 2443 | 2/23 | 289.84 | | | |
| 2437 | 2/26 | 1,029.67 | 2445* | 2/25 | 2,521.67 | | | |
| | | | 39 Checks paid | | | Total amount | | $ 61,099.96 |

* Checks missing in sequence. Out of sequence check numbers may also be located in the Electronic debits section of your statement.

## Electronic debits

| Date | Description | Reference | Amount |
|---|---|---|---|
| 2/12 | BILLMATRIX    BILL PAY TEL 3553582732 | 53606410 | $ 4.95 |
| 2/12 | SIERRA PACIFIC P BILL PAY TEL 3553582731  CK 2425 | 53606416 | 342.31 |
| 2/13 | WIRE TRANS TRN 0213029935 021309 48 | 93051642 | 7,813.00 ① |
| 2/13 | BILLMATRIX    BILL PAY TEL 3558024402 | 54168087 | 4.95 |
| 2/13 | SIERRA PACIFIC P BILL PAY TEL 3558024401  CK 2426 | 54168091 | 496.73 |
| 2/19 | WIRE TRANS TRN 0219017403 021909 6 | 93053025 | 116,277.60 |
| | 6 Electronic debits | Total amount $ | 124,939.54 |

## Other debits, fees and adjustments

| Date | Description | Reference | Amount |
|---|---|---|---|
| 2/9 | WIRE TRAN FEES 0902091163    090209-021163 | 93056911 | $ 13.00 |
| 2/9 | WIRE TRAN FEES 0902095670    090209-015670 | 93056912 | 13.00 |
| 2/13 | WIRE TRAN FEES 0902139935    090213-029935 | 93054038 | 40.00 ② |
| 2/19 | WIRE TRAN FEES 0902197403    090219-017403 | 93057528 | 28.00 |
| 2/23 | TELEPHONE TRANSFER | 99351333 | 24,467,347.92 |
| 2/26 | ENCLOSED CHECKS FEE | | 3.00 |
| | 6 Other debits, fees and adjustments | Total amount $ | 24,467,444.92 |

## DAILY LEDGER BALANCE

| Date | Ledger Balance | Date | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|---|---|
| 1/30-2/1 | $ 2,379,547.53 | 2/9-2/11 | $ 27,000,490.38 | 2/24 | $ 2,402,323.99 |
| 2/2 | 2,360,418.83 | 2/12 | 27,000,143.12 | 2/25 | 2,397,024.06 |
| 2/3 | 2,350,496.72 | 2/13-2/18 | 26,991,788.44 | 2/26 | 2,395,986.98 |
| 2/4-2/5 | 2,336,296.63 | 2/19-2/22 | 26,875,482.84 | | |
| 2/6-2/8 | 2,453,328.70 | 2/23 | 2,403,011.63 | | |