LAW OFFICES
MEYERS LAW GROUP, P.C.
44 MONTGOMERY STREET, SUITE 1010
SAN FRANCISCO, CALIFORNIA 94104

3 pages

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| In re: <br><br> JOHN D. REYNEN and JUDITH M. REYNEN, <br><br> Debtors. | Case No.: 08-25145 <br><br> Chapter 11 <br><br> MLG-022 |
| In re: <br><br> CHRISTO BARDIS and SARA BARDIS, <br><br> Debtors. | Case No.: 08-34878 <br><br> Chapter 11 <br><br> MHK-009 |

**EXHIBIT G TO PROPOSED DISCLOSURE STATEMENT
FOR DEBTORS' JOINT PLAN OF REORGANIZATION**

**(Claims Analysis)**

-1-

EXHIBIT G TO DISCLOSURE STATEMENT
23215/20014

**John D. Reynen and Judith M. Reynen**
**Summary Claims Analysis**
**Projected Chapter 11 Plan- High Recovery %**
**Assumes June 30, 2009 Effective Date**
(Rounded to thousands)

Unaudited

Draft - Subject to Modification

| Claims Classifications | Reynen Scheduled Claims [1] | Contingent, Unliquidated, or Disputed Scheduled Claims [2] | Post Filing Reduction in Scheduled Claims [3] | Reclassification to Class C Convenience Claims [4] | Reclassification of Secured Deficiency to Unsecured [5] | Estimated Allowed Claims as of the Effective Date [6] |
|---|---|---|---|---|---|---|
| **Priority Claims** | | | | | | |
| Administrative (Non-ordinary course) | 2,766,000 | | (2,542,000) | | | 224,000 |
| Class A1 Reynen | | | | | | 2,087,000 |
| | | | | | | $ 2,087,000 |
| **Secured Claims** | | | | | | |
| Class B1.1 Silver Oak Reynen | 3,520,000 | | | | (3,520,000) | - |
| Class B1.2 AKT | 560,000 | | | | | - |
| Class B1.3 Bank of America - Sacramento | 1,500,000 | | | | | 1,500,000 |
| Class B1.4 CBT | 107,000 | | | | | 107,000 |
| Class B1.5 Chase | 63,000 | | | | | 63,000 |
| Class B1.6 Merrill Lynch | 1,015,000 | | | | | 1,015,000 |
| Class B1.7 PNB | 393,000 | | | | | 393,000 |
| Class B1.8 Wells - Wallace | 381,000 | | (387,000) | | (173,000) | - |
| Class B1.9 Wells - Mendocino | 2,240,000 | | | | | 310,000 |
| Class B1.10 Wells - Truckee | 1,015,000 | | | | | 2,240,000 |
| Class B1.11 Wells - Reno | 840,000 | | | | (71,000) | 1,015,000 |
| Class B1.12 Pac Capital Reynen | 663,000 | | | | (135,000) | 705,000 |
| Class B1.13 Other Reynen | 414,000 | (121,000) | (569,000) | | (94,000) | - |
| Other - Bank of Amador | 1,733,000 | | (1,733,000) | | | 293,000 |
| Other - Umpqua | 2,700,000 | | (1,800,000) | | (900,000) | - |
| Other - Savings Bank of Mendocino | 1,750,000 | | (1,500,000) | | (250,000) | - |
| | | | | | | 7,641,000 |
| **Convenience Claims** | | | | | | |
| Class C1 Reynen | | | | 1,000 | | 1,000 |
| | | | | | | 1,000 |
| **Unsecured Claims** | | | | | | |
| Class D1 Reynen | 924,213,000 | (72,499,000) | (321,516,000) | (20,000) | 5,143,000 | 535,321,000 |
| | | | | | | $ 535,321,000 |

**Notes:**
[1] Reflects the dollar amount of claims scheduled in the Reynen Estate's amended schedules.
[2] Reflects the dollar amount of Unsecured Claims scheduled in the Reynen Estate's amended schedules as either contingent, unliquidated, or disputed in which a claim has not been received as of March 2009. An unknown number and dollar amount of claims may yet to be received from the Bankruptcy Court. As such, the total claims population has not yet been determined.
[3] Reflects deficiency caps and post-filing reduction in deficiency claims due to proceeds from net build-outs, foreclosure bids, and property sales.
[4] It is assumed that all Class D claims less than $2,500 will elect for reclassification to Class C Convenience Claims.
[5] Reflects reclassification to Unsecured Claim for the deficiency balance on Secured Notes in which collateral has been sold or foreclosed subsequent to the Petition Date.
[6] Reflects net amount of Allowed Claims.

Christo Bardis and Sara Bardis
Consolidated Claims Analysis
Projected Chapter 11 Plan- High Recovery %
Assumes June 30, 2009 Effective Date
(Rounded to thousands)

Unaudited

Draft – Subject to Modification

| Claims Classifications | Bardis Scheduled Claims [1] | Contingent, Unliquidated, or Disputed Scheduled Claims [2] | Post Filing Reduction in Scheduled Claims [3] | Reclassification to Class C Convenience Claims [4] | Reclassification of Secured Deficiency to Unsecured [5] | Estimated Allowed Claims as of the Effective Date [6] |
|---|---|---|---|---|---|---|
| Administrative (Non-ordinary course) | | | | | | $ - |
| Priority Claims | | | | | | |
| Class A2 Bardis | 4,434,000 | - | (2,984,000) | | | 1,450,000 |
| | | | | | | 1,450,000 |
| Secured Claims | | | | | | |
| Class B2.1 ATAP | 6,594,000 | | | | (5,094,000) | 1,500,000 |
| Class B2.2 Silver Oak Bardis | 3,520,000 | | (1,500,000) | | (3,520,000) | - |
| Class B2.3 Pac Capital Bardis | 739,000 | | (569,000) | | (170,000) | - |
| Class B2.4 Wachovia – Gold River | 420,000 | | | | | 420,000 |
| Class B2.5 Wachovia – L.A. | (420,000) | | | | | - |
| Class B2.6 Bank of the West – Gold River | | | (1,800,000) | | 2,220,000 | 420,000 |
| Class B2.7 Bank of the West – McGregor | | | | | | - |
| Class B2.8 Other Bardis | | | | | | - |
| | | | | | | 2,340,000 |
| Convenience Claims | | | | | | |
| Class C2 Bardis | | | | | | 420,000 |
| Unsecured Claims | | | | | | |
| Class D2 Bardis | 891,325,000 | (49,239,000) | (235,629,000) | - | 6,564,000 | 613,021,000 |
| | | | | | | $ 613,021,000 |

Notes:
[1] Reflects the dollar amount of claims scheduled in the Bardis Estate's amended schedules.
[2] Reflects the dollar amount of Unsecured Claims scheduled in the Bardis Estate's amended schedules as either contingent, unliquidated, or disputed in which a claim has not been received as of March 2009. An unknown number and dollar amount of claims may yet to be received from the Bankruptcy Court. As such, the total claims population has not yet been determined.
[3] Reflects deficiency caps and post-filing reduction in deficiency claims due to proceeds from net build-outs, foreclosure bids, and property sales.
[4] It is assumed there are no Class C claims.
[5] Reflects reclassification to Unsecured Claim for the deficiency balance on Secured Notes in which collateral has been sold or foreclosed subsequent to the Petition Date.
[6] Reflects net amount of Allowed Claims.