LAW OFFICES
MEYERS LAW GROUP, P.C.
44 MONTGOMERY STREET, SUITE 1010
SAN FRANCISCO, CALIFORNIA 94104

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>JOHN D. REYNEN and JUDITH M. REYNEN,<br><br>Debtors. | Case No.: 08-25145<br><br>Chapter 11<br><br>MLG-022 |
| In re:<br><br>CHRISTO BARDIS and SARA BARDIS,<br><br>Debtors. | Case No.: 08-34878<br><br>Chapter 11<br><br>MHK-009 |

**EXHIBIT B TO DISCLOSURE STATEMENT
FOR DEBTORS' FIRST AMENDED JOINT PLAN OF REORGANIZATION**

**(Order Approving Disclosure Statement)**

The Order Approving the Disclosure Statement and establishing voting and tabulation procedures will be added once it has been entered by the Bankruptcy Court.