LAW OFFICES
MEYERS LAW GROUP, P.C.
44 MONTGOMERY STREET, SUITE 1010
SAN FRANCISCO, CALIFORNIA 94104

FILED
May 29, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0001862578

8 pages

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>JOHN D. REYNEN and JUDITH M. REYNEN,<br><br>Debtors. | Case No.: 08-25145<br><br>Chapter 11<br><br>MLG-022 |
| In re:<br><br>CHRISTO BARDIS and SARA BARDIS,<br><br>Debtors. | Case No.: 08-34878<br><br>Chapter 11<br><br>MHK-009 |

**EXHIBIT C TO DISCLOSURE STATEMENT
FOR DEBTORS' FIRST AMENDED JOINT PLAN OF REORGANIZATION**

**(Projections of Plan Distributions and Liquidation Alternative in Reynen Estate)**

-1-

EXHIBIT C TO DISCLOSURE STATEMENT
23511/20014

**John D. Reynen and Judith M. Reynen**
**Claims Recovery Analysis of the**
**Chapter 11 Plan versus Chapter 7 Liquidation**
**Assumes June 30, 2009 Effective Date**
(Rounded to thousands)

| | Projected Chapter 11 Plan Distributions | | Estimated Recovery % | | Projected Chapter 7 Distributions | | Estimated Recovery % | | Notes |
|---|---|---|---|---|---|---|---|---|---|
| | Low | High | Low | High | Low | High | Low | High | |

## I. Analysis of Net Proceeds

**Assets**

| | | | | | **Assets** | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Cash | $ 386,000 | $ 429,000 | 90.0% | 100.0% | $ 386,000 | $ 429,000 | 90.0% | 100.0% | [1] |
| Tax Refunds | 18,351,000 | 24,468,000 | 75.0% | 100.0% | 6,900,000 | 10,000,000 | 28.2% | 40.9% | [2] |
| Assets Held for Sale - Gross Value | 13,536,000 | 18,048,000 | 75.0% | 100.0% | 11,475,000 | 15,299,000 | 63.6% | 84.8% | [3] |
| Buildco Residual Funds | 0 | 142,000 | 0.0% | N/A | 0 | 100,000 | 0.0% | 70.4% | [4] |
| Causes of Action Recoveries | 0 | 100,000 | 0.0% | N/A | 0 | 50,000 | 0.0% | 0.0% | [5] |
| | 32,273,000 | 43,187,000 | 74.7% | 100.0% | 18,761,000 | 25,878,000 | 43.4% | 59.9% | |

**Post-Effective Date Admin. Expenses**        **Admin. Expenses After Conversion to Chapter 7**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Sale Period Compensation | 315,000 | 315,000 | | | N/A | N/A | | | [6] |
| Step Incentive Payments | 769,000 | 1,335,000 | | | N/A | N/A | | | [7] |
| Tax Refund Incentives | 694,000 | 1,366,000 | | | N/A | N/A | | | [8] |
| Assets Held for Sale, Carrying Costs | 283,000 | 283,000 | | | 283,000 | 283,000 | | | [9] |
| Assets Held for Sale, Selling Costs | 1,354,000 | 1,805,000 | | | 1,148,000 | 1,530,000 | | | [10] |
| U.S. Trustee Fees | 51,000 | 51,000 | | | N/A | N/A | | | [11] |
| Interest Income | (109,000) | (145,000) | | | (43,000) | (61,000) | | | [12] |
| | 3,357,000 | 5,010,000 | | | 1,388,000 | 1,752,000 | | | |

| **Net Proceeds Available for Distribution** | $ 28,916,000 | $ 38,177,000 | | | $ 17,373,000 | $ 24,126,000 | | | |
|---|---|---|---|---|---|---|---|---|---|

## II. Claims Recovery Analysis

**Secured Creditors**        **Secured Creditors**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Real Property Taxes | $ 293,000 | $ 293,000 | | | $ 293,000 | $ 293,000 | | | [13] |
| Secured Claims on Real Property | 7,348,000 | 7,348,000 | | | 7,348,000 | 7,348,000 | | | [14] |
| Secured Claims on Reynen Excluded Assets | (2,971,000) | (2,971,000) | | | (63,000) | (63,000) | | | [15] |
| | 4,670,000 | 4,670,000 | 100.0% | 100.0% | 7,578,000 | 7,578,000 | 100.0% | 100.0% | |

| Proceeds Available for Distribution | 24,246,000 | 33,507,000 | | | 9,795,000 | 16,548,000 | | | |
|---|---|---|---|---|---|---|---|---|---|

**Chapter 7 Administrative Claims**        **Chapter 7 Administrative Claims**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Chapter 7 Trustee Fees | N/A | N/A | | | 586,000 | 800,000 | | | [16] |
| Chapter 7 Trustee's Professionals | N/A | N/A | | | 500,000 | 250,000 | | | [17] |
| Contingency Reserve | N/A | N/A | | | 344,000 | 459,000 | | | [18] |
| | 0 | 0 | N/A | N/A | 1,430,000 | 1,509,000 | 100.0% | 100.0% | |

| Proceeds Available for Distribution | 24,246,000 | 33,507,000 | | | 8,365,000 | 15,039,000 | | | |
|---|---|---|---|---|---|---|---|---|---|

**Plan Administration Expenses**        **Plan Administration Expenses**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Plan Professional Fees | 949,000 | 791,000 | | | N/A | N/A | | | [19] |
| | 949,000 | 791,000 | 100.0% | 100.0% | 0 | 0 | N/A | N/A | |

| Proceeds Available for Distribution | 23,297,000 | 32,716,000 | | | 8,365,000 | 15,039,000 | | | |
|---|---|---|---|---|---|---|---|---|---|

**Priority Tax Claims**        **Priority Claims**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Priority Tax Claims | 224,000 | 224,000 | | | 224,000 | 224,000 | | | [20] |
| | 224,000 | 224,000 | 100.0% | 100.0% | 224,000 | 224,000 | 100.0% | 100.0% | |

| Proceeds Available for Distribution | 23,073,000 | 32,492,000 | | | 8,141,000 | 14,815,000 | | | |
|---|---|---|---|---|---|---|---|---|---|

**Convenience Claims**        **Convenience Claims**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Convenience Claims | 1,000 | 1,000 | | | N/A | N/A | | | [21] |
| | 1,000 | 1,000 | 100.0% | 100.0% | 0 | 0 | N/A | N/A | |

| Proceeds Available for Distribution | 23,072,000 | 32,491,000 | | | 8,141,000 | 14,815,000 | | | |
|---|---|---|---|---|---|---|---|---|---|

**Unsecured Claims**        **Unsecured Claims**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Deficiency Reduction Amount | (90,000,000) | (125,000,000) | | | (69,000,000) | (90,000,000) | | | [22] |
| Convenience Claims Reductions | (20,000) | (20,000) | | | N/A | N/A | | | [23] |
| Scheduled or Timely Filed Unsecured Claims | 880,132,000 | 660,247,000 | | | 880,132,000 | 660,247,000 | | | [24] |
| Late Filed Unsecured Claims | 31,266,000 | 0 | | | 62,531,000 | 62,531,000 | | | [25] |
| | $821,378,000 | $535,227,000 | 2.8% | 6.1% | $873,663,000 | $632,778,000 | 0.9% | 2.3% | |

John D. Reynen and Judith M. Reynen  
Summary Claims Analysis  
Projected Chapter 11 Plan- High Recovery %  
Assumes June 30, 2009 Effective Date  
(Rounded to thousands)

Unaudited

Draft - Subject to Modification

| Claims Classifications | Reynen Scheduled Claims [1] | Contingent, Unliquidated, or Disputed Scheduled Claims [2] | Post Filing Reduction in Scheduled Claims [3] | Reclassification to Class C Convenience Claims [4] | Reclassification of Secured Deficiency to Unsecured [5] | Estimated Allowed Claims as of the Effective Date [6] |
|---|---|---|---|---|---|---|
| Administrative (Non-ordinary course) | | | | | | $ 1,970,000 |
| | | | | | | 1,970,000 |
| Priority Claims | | | | | | |
|    Class A1 Reynen | 2,766,000 | | (2,542,000) | | | 224,000 |
| | | | | | | 224,000 |
| Secured Claims | | | | | | |
|    Class B1.1 Silver Oak Reynen | 3,520,000 | | | | (3,520,000) | - |
|    Class B1.2 AKT | 560,000 | | (387,000) | | (173,000) | - |
|    Class B1.3 Bank of America - Sacramento | 1,500,000 | | | | | 1,500,000 |
|    Class B1.4 CBT | 107,000 | | | | | 107,000 |
|    Class B1.5 Chase | 63,000 | | | | | 63,000 |
|    Class B1.6 Merrill Lynch | 1,015,000 | | | | | 1,015,000 |
|    Class B1.7 PNB | 393,000 | | | | | 393,000 |
|    Class B1.8 Wells - Wallace | 381,000 | | | | (71,000) | 310,000 |
|    Class B1.9 Wells - Mendocino | 2,240,000 | | | | | 2,240,000 |
|    Class B1.10 Wells - Truckee | 1,015,000 | | | | | 1,015,000 |
|    Class B1.11 Wells - Reno | 840,000 | | | | (135,000) | 705,000 |
|    Class B1.12 Other Reynen | 414,000 | (121,000) | | | | 293,000 |
|    Other - Bank of Amador | 1,733,000 | | (1,733,000) | | | - |
|    Other - Umpqua | 2,700,000 | | (1,800,000) | | (900,000) | - |
|    Other - Savings Bank of Mendocino | 1,750,000 | | (1,500,000) | | (250,000) | - |
| | | | | | | 7,641,000 |
| Convenience Claims | | | | | | |
|    Class C1 Reynen | | | | 1,000 | | 1,000 |
| | | | | | | 1,000 |
| Unsecured Claims | | | | | | |
|    Class D1 Reynen | 924,213,000 | (72,499,000) | (321,516,000) | (20,000) | 5,049,000 | 535,227,000 |
| | | | | | | $ 535,227,000 |

Notes:  
[1] Reflects the dollar amount of claims scheduled in the Reynen Estate's amended schedules.  
[2] Reflects the dollar amount of Unsecured Claims scheduled in the Reynen Estate's amended schedules as either contingent, unliquidated, or disputed in which a claim has not been received as of April 2009. An unknown number and dollar amount of claims may yet to be received from the Bankruptcy Court. As such, the total claims population has not yet been determined.  
[3] Reflects deficiency caps and post-filing reduction in deficiency claims due to proceeds from net build-outs, foreclosure bids, and property sales.  
[4] It is assumed that all Class D claims less than $2,500 will elect for reclassification to Class C Convenience Claims.  
[5] Reflects reclassification to Unsecured Claim for the deficiency balance on Secured Notes in which collateral has been sold or foreclosed subsequent to the Petition Date.  
[6] Reflects net amount of Allowed Claims.