20 pages

LAW OFFICES

MEYERS LAW GROUP, P.C.

44 MONTGOMERY STREET, SUITE 1010
SAN FRANCISCO, CALIFORNIA 94104

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| In re: | Case No.: 08-25145 |
| JOHN D. REYNEN and JUDITH M. REYNEN, | Chapter 11 |
| Debtors. | MLG-022 |
| In re: | Case No.: 08-34878 |
| CHRISTO BARDIS and SARA BARDIS, | Chapter 11 |
| Debtors. | MHK-009 |

## EXHIBIT E TO DISCLOSURE STATEMENT
## FOR DEBTORS' FIRST AMENDED JOINT PLAN OF REORGANIZATION

### (February 2009 Monthly Operating Report for Reynen Estate)

EXHIBIT E TO DISCLOSURE STATEMENT
23512/20014

**18 pages**

MEYERS LAW GROUP, P.C.
MERLE C. MEYERS, CA Bar # 66849
EDIE WALTERS, DC Bar # 474033
MICHELE THOMPSON, CA Bar # 241676
44 Montgomery Street, Suite 1010
San Francisco, CA 94104
Telephone: (415) 362-7500
Facsimile: (415) 362-7515

Counsel for John and Judith Reynen, Debtors

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| In re: | Case No. 08-25145 |
| JOHN D. REYNEN and JUDITH M. REYNEN, | Chapter 11 |
| Debtors. | |

## MONTHLY OPERATING REPORT – FEBRUARY 2009

LAW OFFICES
MEYERS LAW GROUP, P.C.
44 MONTGOMERY STREET, SUITE 1010
SAN FRANCISCO, CALIFORNIA 94104

23034/20014

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

In re: John D. Reynen
      Judith M. Reynen

Case No. _____ 2008-25145 _____

**CHAPTER 11**
**MONTHLY OPERATING REPORT**
**(SMALL REAL ESTATE/INDIVIDUAL CASE)**

## SUMMARY OF FINANCIAL STATUS

MONTH ENDED:    2/28/09          PETITION DATE:      04/23/08

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ___ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor). Dollars reported in __$1__

| | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|
| 2. Asset and Liability S Communities CA, R&K Homes | | | |
| a. Current Assets | $28,366,718 | $3,883,008 | |
| b. Total Assets | $63,786,576 | $39,379,840 | $73,902,884 |
| c. Current Liabilities | $14,609 | $20,094 | |
| d. Total Liabilities | $941,452,588 | $951,372,393 | $97,259,864 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 3. Statement of Cash Receipts & Disbursements for Month | | | |
| a. Total Receipts | $24,681,443 | ($3,024) | $27,542,486 |
| b. Total Disbursements | $192,806 | $52,079 | $1,847,158 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $24,488,637 | ($55,103) | $25,695,328 |
| d. Cash Balance Beginning of Month | $2,374,254 | $2,429,359 | $1,167,563 |
| e. Cash Balance End of Month (c + d) | $26,862,891 | $2,374,256 | $26,862,891 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 4. Profit/(Loss) from the Statement of Operations | N/A | N/A | N/A |
| 5. Account Receivables (Pre and Post Petition) | $0 | $0 | |
| 6. Post-Petition Liabilities | $14,609 | $20,094 | |
| 7. Past Due Post-Petition Account Payables (over 30 days) | $0 | $0 | |

| At the end of this reporting month: | Yes | No |
|---|---|---|
| 8. Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 9. Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 10. If the answer is yes to 8 or 9, were all such payments approved by the court? | | |
| 11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | X |
| 12. Is the estate insured for replacement cost of assets and for general liability? | X | |
| 13. Are a plan and disclosure statement on file? | | X |
| 14. Was there any post-petition borrowing during this reporting period? | | X |

15. Check if paid: Post-petition taxes ___ ;    U.S. Trustee Quarterly Fees __X__ ; Check if filing is current for: Post-petition tax reporting and tax returns: __X__ . (Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: ___3/13/2009 0:00___

/S/ John D. Reynen /S/ Judith M. Reynen
Responsible Individual

Revised 3/15/99

| Assets | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|
| **Current Assets** | | |
| 1   Cash and cash equivalents (including bank accts., CDs, ets.) | | $26,862,891 |
| 2   Accounts receivable (net) | | |
| 3   Retainer(s) paid to professionals | | $746,183 |
| 4   Other:  Life Insurance | | $257,644 |
| 5   Note Receivable | | $500,000 |
| 6        Total Current Assets | | $28,366,718 |
| **Long Term Assets (Market Value)** | | |
| 7   Real Property (residential) | | $18,415,840 |
| 8   Real property (rental or commercial) | | |
| 9   Furniture, Fixtures, and Equipment | | $332,206 |
| 10  Vehicles | | $91,010 |
| 11  Partnership interests | | $380,000 |
| 12  Interest in corportations | | $16,160,802 |
| 13  Stocks and bonds | | |
| 14  Interests in IRA, Keogh, other retirement plans | | |
| 15  Other:  Boat | | $40,000 |
| 16 | | |
| 17       Total Long Term Assets | | $35,419,858 |
| 18       Total Assets | | $63,786,576 |

| Liabilities | | |
|---|---|---|
| **Post-Petition Liabilities** | | |
| **Current Liabilities** | | |
| 19  Post-petition not delinquent (under 30 days) | | $3,643 |
| 20  Post-petition delinquent other than taxes (over 30 days) | | |
| 21  Post-petition delinquent taxes | | |
| 22  Accrued professional fees | | $10,966 |
| 23  Other: | | |
| 24 | | |
| 25       Total Current Liabilities | | $14,609 |
| 26  Long-Term Post Petition Debt | | |
| 27       Total Post-Petition Liabilities | | $14,609 |
| **Pre-Petition Liabilities (allowed amount)** | | |
| 28  Secured claims (residence) | | $4,691,318 |
| 29  Secured claims (other) | | $11,147,324 |
| 30  Priority unsecured claims | | $3,093,397 |
| 31  General unsecured claims | | $922,505,940 |
| 32       Total Pre-Petition Liabilities | | $941,437,979 |
| 33       Total Liabilities | | $941,452,588 |
| **Equity (Deficit)** | | |
| 34       Total Equity (Deficit) | | ($877,666,012) |
| 35       Total Liabilities and Equity (Deficit) | | $63,786,576 |

NOTE:
   Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

# SCHEDULES TO THE BALANCE SHEET

### Schedule A
### Rental Income Information
### For the month ending 2/28/09

<u>List the Rental Information Requested Below By Properties (For Rental Properties Only)</u>

| | | Property 1<br>N/A | Property 2<br>N/A | Property 3<br>N/A |
|---|---|---|---|---|
| 1 | Description of Property | | | |
| 2 | Scheduled Gross Rents | | | |
| | Less: | | | |
| 3 | Vacancy Factor | | | |
| 4 | Free Rent Incentives | | | |
| 5. | Other Adjustments | | | |
| 6 | Total Deductions | $0 | $0 | $0 |
| 7 | Scheduled Net Rents | $0 | $0 | $0 |
| 8 | Less: Rents Receivable (2) | | | $0 |
| 9 | Scheduled Net Rents Collected (2) | $0 | $0 | $0 |

(2) To be completed by cash basis reporters only.

### Schedule B
### Recapitulation of Funds Held at End of Month

| | | Account 1<br>Union Bank | Account 2<br>Union Bank | Account 3<br>Note 1 |
|---|---|---|---|---|
| 10 | Bank | | | |
| 11 | Account No. | 114 | 122 | |
| 12 | Account Purpose | DIP # 1 | DIP # 2 | |
| 13 | Balance, End of Month | $2,348,563 | $20,625 | $24,493,703 |
| 14 | Total Funds on Hand for all Accounts | $26,862,891 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report. Note 1: Cash included in line 14 consists of IRS tax refund account, exempt social security cash account and $250 cash on hand.

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
### Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended   02/28/09

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | | $0 |
| 2 | Cash Received from Sales | | $0 |
| 3 | Interest Received | $2,882 | $2,887 |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | $7,500 |
| 6 | Capital Contributions | | |
| 7 | Communities CA | | |
| 8 | Refunds – IRS tax refund | $24,467,348 | $24,467,449 |
| 9 | Investment distributions – Townsquare & Pinnacle Peak | $202,576 | $202,576 |
| 10 | Communities CA, R&K Homes | $6,307 | $55,639 |
| 11 | Other Cash Receipts - see attached schedule | $2,330 | $2,806,435 |
| 12 | **Total Cash Receipts** | $24,681,443 | $27,542,486 |
| | **Cash Disbursements** | | |
| 13 | Selling | | |
| 14 | Administrative | | $709,234 |
| 15 | Capital Expenditures | | $4,688 |
| 16 | Principal Payments on Debt | $8,214 | $79,637 |
| 17 | Interest Paid | $29,529 | $368,806 |
| | Rent/Lease: | | |
| 18 | Personal Property | | |
| 19 | Real Property | | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | | |
| 21 | Draws | | |
| 22 | Commissions/Royalties | | |
| 23 | Expense Reimbursements | | |
| 24 | Other | | |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | | |
| | Taxes: | | |
| 27 | Employee Withholding | | |
| 28 | Employer Payroll Taxes | | |
| 29 | Real Property Taxes | | |
| 30 | Other Taxes | $3,103 | $43,159 |
| 31 | Other Cash Outflows: | | |
| 32 | Living expenses | $6,587 | $45,391 |
| 33 | Utilities & property maintenance | $15,351 | $127,496 |
| 34 | Insurance & property taxes | $7,437 | $290,532 |
| 35 | Communities CA, R&K Homes | $6,307 | $55,639 |
| 36 | Other - transfer to Buildco, Inc | $116,278 | $122,576 |
| 37 | **Total Cash Disbursements:** | $192,806 | $1,847,158 |
| 38 | **Net Increase (Decrease) in Cash** | $24,488,637 | $25,695,328 |
| 39 | **Cash Balance, Beginning of Period** | $2,374,254 | $1,167,563 |
| 40 | | $26,862,891 | $26,862,891 |

SCHEDULE OF RECEIPTS AND DISBURSEMENTS

Lines 10 and 35 Communities, R&K Homes
Amounts paid by Communities, CA on behalf of John D. Reynen

| | | |
|---|---:|---|
| 12/31/08 | 2,848.50 | Wagner Kirkman Water rights |
| 12/31/08 | 459.00 | Wagner Kirkman Water rights |
| 12/31/08 | 567.00 | Wagner Kirkman Amendment |
| 12/31/08 | 2,108.70 | Wagner Kirkman Amendment |
| 12/31/08 | 324.00 | Wagner Kirkman Formation |
| | 6,307.20 | |

Line 11 Other Cash Receipts

| | | |
|---|---:|---|
| 2/25/2009 | 2,330.00 | Exempt social security |
| | 2,330.00 | |



# STATEMENT
# OF ACCOUNTS

UNION BANK OF CALIFORNIA
SPECIALIZED DEPOSITS 218
POST OFFICE BOX 513840
LOS ANGELES        CA   90051-3840

Customer Inquiries
800-418-6466

B 3

CY20Z  0 B 0000

JOHN D REYNEN AND JUDITH M. REYNEN
IRS TAX REFUND ACCOUNT
CHAPTER 11 DEBTOR IN POSSESSION
CASE #2008-25145
10630 MATHER BLVD
MATHER CA 95655

Thank you for banking with us
since 2008



Go green this year with online statements instead of paper!
Call your banker today to make the switch.

## BUSINESS MONEYMARKET ACCOUNT SUMMARY

Account Number: ████████1730

Days in statement period: 21

| | | | |
|---|---|---|---|
| Beginning balance on 2/6 | $ | 0.00 | |
| Total Credits | | 24,470,230.37 | |
| Other credits and adjustments ( 2 ) | 24,470,230.37 | | |
| Total Debits | | 0.00 | |
| Ending Balance on 2/26 | $ | 24,470,230.37 | |

| Interest | | | |
|---|---|---|---|
| Paid this period | $ | 2,882.45 | |
| Paid year-to-date | $ | 2,882.45 | |
| Interest Rates | | | |
| 2/6/09-2/22/09 | | | 0.00 % |
| 2/23/09 | | | 0.85 % |
| 2/24/09-2/26/09 | | | 1.15 % |
| Annual Percentage Yield Earned | | | 1.07 % |

## CREDITS

Other credits and adjustments

| Date | Description | Reference | | Amount |
|---|---|---|---|---|
| 2/23 | TELEPHONE TRANSFER | 99351334 | $ | 24,467,347.92 |
| 2/26 | INTEREST PAYMENT | | | 2,882.45 |
| | 2 Other credits and adjustments | Total amount | $ | 24,470,230.37 |

## DAILY LEDGER BALANCE

| Date | | Ledger Balance | Date | Ledger Balance | Date | | Ledger Balance |
|---|---|---|---|---|---|---|---|
| 2/6-2/22 | $ | 0.00 | 2/23-2/25 | $ 24,467,347.92 | 2/26 | $ | 24,470,230.37 |



# STATEMENT
# OF ACCOUNTS

UNION BANK OF CALIFORNIA
SPECIALIZED DEPOSITS 218
POST OFFICE BOX 513840
LOS ANGELES        CA   90051-3840

Customer Inquiries
800-418-6466

Thank you for banking with us
since 2008



RECEIVED
MAR  2 2009
By_____

CY20 Z  0 B 0000

JOHN D REYNEN
CHAPTER 11 DEPTOR IN POSSESSION
CASE #2008-25145
10630 MATHER BLVD
MATHER CA 95655

*Opening a new Union Bank account online has never been easier. It's secure,
easy and takes just a few minutes. Go to unionbank.com/openaccount.*

## REGULAR CHECKING SUMMARY                                   Account Number: ▓▓▓▓▓4602

Days in statement period: 28

| | | |
|---|---:|---:|
| Beginning balance on 1/30 | $ | 20,893.00 |
| Total Credits | | 2,330.00 |
| Electronic credits ( 1 ) | 2,330.00 | |
| Total Debits | | 0.00 |
| Ending Balance on 2/26 | $ | 23,223.00 |

## CREDITS

Electronic credits

| Date | Description | Reference | Amount |
|---|---|---|---:|
| 2/25 | US TREASURY 303 SOC SEC  PPD  ***********ASSA | 57043023 | $   2,330.00 |

## DAILY LEDGER BALANCE

| Date | Ledger Balance | Date | Ledger Balance | Date | Ledger Balance |
|---|---:|---|---:|---|---|
| 1/30-2/24 | $  20,893.00 | 2/25-2/26 | $  23,223.00 | | |

UBDIP2 - Union Bank - Judy Reynen DIP

Statement Date: 02-28-2009

|  | | | | Balance Per Bank Statement | 21,131.86 | | | |
|---|---|---|---|---|---|---|---|---|
|  | | | | | Subtractions | Additions | Voided Amount | Void Date |
| Outstanding Checks: | | | | | | | | |
|  | AP | 1048 | 02-06-2009 | | 482.00 | | | |
|  | AP | 1071 | 12-21-2008 | | 25.00 | | | |
|  | | | | | 507.00* | | | |

Outstanding Deposits:

Outstanding Withdrawls:

Outstanding Adjustments:

|  | Totals | 507.00 |
|---|---|---|
|  | Adjusted Bank Balance | 20,624.86 |
|  | Register Balance as of Statement Date | 20,624.86 |

Date Range:   02-01-2009   To   02-28-2009

Bank:   UBDIP2 - Union Bank - Judy Reynen DIP
Beginning Balance As Of   2-01-2009:     21,161.86

| Date | Type | Check#/ DepositID Void | Description | Beginning Balance | Subtraction | Addition | Ending Balance |
|------|------|------------------------|-------------|-------------------|-------------|----------|----------------|
| 02-06-2009 | Chk | 1048 | J Smith & Sons, Inc. | | 482.00 | | 20,679.86 |
| 02-18-2009 | Chk | 1047 | Carol Hampton | | 52.00 | | 20,627.86 |
| 02-26-2009 | Chk | 20090226 | Union Bank of California | | 3.00 | | 20,624.86 |
| | UBDIP2 Bank Totals: | | | 21,161.86 | 537.00 | .00 | 20,624.86 |

| Date | Jrn | Ref 1 | Ref 2 Transaction Desc | Beginning Balance | Debit | Credit | Ending Balance |
|------|-----|-------|------------------------|-------------------|-------|--------|----------------|
| 002-1002  Union Bank - Acct. # ████████122 | | | | | | | |
| 2-06-2009 | 4 | | Summary Entry | | | 482.00- | |
| 2-18-2009 | 4 | | Summary Entry | | | 52.00- | |
| 2-26-2009 | 4 | | Summary Entry | . | | 3.00- | |
| Total Account 002-1002 - Union Bank - Acct. #████005 | | | | 21,161.86* | .00* | 537.00-* | 20,624.86* |
| | | | | | | | |
| GRAND TOTALS | | | | 21,161.86* | .00* | 537.00-* | 20,624.86* |

Bank:  UBDIP2 - Union Bank - Judy Reynen DIP
Reconciliation Status:  Finished
Statement Date:  2-28-2009

| Type | Check#/ Deposit ID | Date | Description | Subtraction | Addition | Cleared Amount | Cleared Date |
|---|---|---|---|---|---|---|---|
| Chk | 1063 | 12-03-2008 | Bennett McCulloch | 250.00 | | (250.00) | 02-28-2009 |
| Chk | 1038 | 01-22-2009 | Chris York | 3,000.00 | | (3,000.00) | 02-28-2009 |
| Chk | 1039 | 01-24-2009 | Anna Ponse | 480.00 | | (480.00) | 02-28-2009 |
| Chk | 80629 | 01-30-2009 | Blue Shield of California | 381.00 | | (381.00) | 02-28-2009 |
| Chk | 1047 | 02-18-2009 | Carol Hampton | 52.00 | | (52.00) | 02-28-2009 |
| Chk | 20090226 | 02-26-2009 | Union Bank of California | 3.00 | | (3.00) | 02-28-2009 |
| | | STATEMENT TOTALS: | | 4,166.00 | .00 | (4,166.00) | |

```
        <--------- Number of Transactions --------->        <----------- Cleared Amounts ----------->
                          Total    Reconciled

            Checks:         6          6                          Checks:      (4,166.00)
          Deposits:         0          0                        Deposits:           .00
       Withdrawals:         0          0                     Withdrawals:           .00
       Adjustments:         0          0                     Adjustments:           .00
```



# STATEMENT OF ACCOUNTS

UNION BANK OF CALIFORNIA
SPECIALIZED DEPOSITS 218
POST OFFICE BOX 513840
LOS ANGELES          CA   90051-3840

Customer Inquiries
800-418-6466

CY20  01 0000

JOHN D REYNEN AND JUDITH M REYNEN
ACCOUNT #2
CHAPTER 11 DEBTOR IN POSSESSION
CASE #2008-25145 C/O REYNEN & BARDIS
10630 MATHER BLVD
MATHER CA 95655

Thank you for banking with us
since 2008



RECEIVED
MAR - 6 2009
By

☒ Opening a new Union Bank account online has never been easier. It's secure, easy and takes just a few minutes. Go to unionbank.com/openaccount.

## REGULAR CHECKING SUMMARY                                                        Account Number ▓▓▓▓ 4122

Days in statement period: 28

| | | |
|---|---|---|
| Beginning balance on 1/30 | $ | 25,297.86 |
| Total Credits | | 0.00 |
| Total Debits | | -4,166.00 |
| Checks paid ( 5 ) | -4,163.00 | |
| Other debits, fees and adjustments ( 1 ) | -3.00 | |
| Ending Balance on 2/26 | $ | 21,131.86 |

## DEBITS

### Checks paid

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1038 | 2/5 | $ 3,000.00 | 1047* | 2/20 | $ 52.00 | 80629* | 2/25 | $ 381.00 |
| 1039 | 1/30 | 480.00 | 1063* | 1/30 | 250.00 | | | |
| | | | 5 Checks paid | | | Total amount | | $ 4,163.00 |

* Checks missing in sequence. Out of sequence check numbers may also be located in the Electronic debits section of your statement.

### Other debits, fees and adjustments

| Date | Description | Reference | Amount |
|---|---|---|---|
| 2/26 | ENCLOSED CHECKS FEE | $ | 3.00 |

## DAILY LEDGER BALANCE

| Date | Ledger Balance | Date | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|---|---|
| 1/30-2/4 | $ 24,567.86 | 2/20-2/24 | $ 21,515.86 | 2/26 | $ 21,131.86 |
| 2/5-2/19 | 21,567.86 | 2/25 | 21,134.86 | | |

UBDIP1 - Union Bank - John Reynen DIP

Statement Date: 02-28-2009

Balance Per Bank Statement     2,395,986.98

Outstanding Checks:

| | | | Subtractions | Additions | Voided Amount | Void Date |
|---|---|---|---|---|---|---|
| AP | 2398 | 01-08-2009 | | | 270.00 | 01-08-2009 |
| AP | 2402 | 01-26-2009 | 2,121.24 | | | |
| AP | 2406 | 01-26-2009 | | | 4,875.00 | 01-26-2009 |
| AP | 2611 | 01-26-2009 | | | | |
| AP | 2428 | 02-19-2009 | 43.30 | | | |
| AP | 2434 | 02-19-2009 | 2,338.32 | | | |
| AP | 2438 | 02-19-2009 | 19.08 | | | |
| AP | 2439 | 02-19-2009 | 49.24 | | | |
| AP | 2444 | 02-19-2009 | | | 182.97 | 02-19-2009 |
| AP | 2448 | 02-19-2009 | | | | 02-19-2009 |
| AP | 2449 | 02-19-2009 | 481.22 | | | |
| AP | 2450 | 02-20-2009 | 62.48 | | | |
| AP | 2451 | 02-23-2009 | 25.00 | | | |
| AP | 2452 | 02-25-2009 | 9,995.46 | | | |
| AP | 2453 | 02-25-2009 | 1,060.62 | | | |
| AP | 2454 | 02-25-2009 | 1,874.67 | | | |
| AP | 2455 | 02-25-2009 | 2,155.28 | | | |
| AP | 2456 | 02-25-2009 | 5,286.46 | | | |
| AP | 2457 | 02-25-2009 | 5,704.12 | | | |
| AP | 2458 | 02-25-2009 | 11,666.67 | | | |
| AP | 2459 | 02-25-2009 | 25.75 | | | |
| AP | 2460 | 02-25-2009 | 12.20 | | | |
| AP | 2461 | 02-25-2009 | 43.30 | | | |
| AP | 2462 | 02-26-2009 | 97.36 | | | |
| AP | 2463 | 02-26-2009 | 82.92 | | | |
| AP | 2464 | 02-26-2009 | 765.00 | | | |
| AP | 2465 | 02-26-2009 | 16.87 | | | |
| AP | 2466 | 02-26-2009 | 110.12 | | | |
| AP | 2467 | 02-26-2009 | 3,006.12 | | | |
| AP | 2468 | 02-27-2009 | 381.00 | | | |

                   47,423.80*                5,327.97*

Outstanding Deposits:

Outstanding Withdrawls:

Outstanding Adjustments:

         Totals      47,423.80              5,327.97

Adjusted Bank Balance      2,348,563.18

Register Balance as of Statement Date      2,348,563.18

Register Balance Adjusted for Future Period Voids      2,343,235.21

| Date | Jrn | Ref 1 | Ref 2 | Transaction Desc | Beginning Balance | Debit | Credit | Ending Balance |
|------|-----|-------|-------|------------------|-------------------|-------|--------|----------------|

001-1001  Union Bank - Acct. # ▓▓▓▓4114

| Date | Jrn | Ref 1 | Ref 2 | Transaction Desc | Debit | Credit |
|------|-----|-------|-------|------------------|-------|--------|
| 2-06-2009 | CR | | | Legal fee refund | 193.71 | |
| 2-06-2009 | CR | | | Unclaimed property | 1,000.00 | |
| 2-06-2009 | CR | | | Partnership distribution | 115,838.36 | |
| 2-09-2009 | CR | | | IRS Tax refund | 24,467,347.92 | |
| 2-09-2009 | CR | | | KMS Pinnacle Peak distribution | 85,543.88 | |
| 2-09-2009 | 4 | | | Summary Entry | | 26.00- |
| 2-10-2009 | 4 | | | Summary Entry | | 342.31- |
| 2-10-2009 | 4 | | | Summary Entry | | 4.95- |
| 2-12-2009 | 4 | | | Summary Entry | | 496.73- |
| 2-12-2009 | 4 | | | Summary Entry | | 1,230.00- |
| 2-12-2009 | 4 | | | Summary Entry | | 4.95- |
| 2-13-2009 | 4 | | | Summary Entry | | 7,813.00- |
| 2-13-2009 | 4 | | | Summary Entry | | 40.00- |
| 2-19-2009 | 4 | | | Summary Entry | | 14,029.07- |
| 2-19-2009 | 4 | 090203 | comcast | (Rev)8495 29 009 0267727 | | 182.97 |
| 2-19-2009 | 4 | | | Transfer to Buildco, Inc. | | 116,277.60- |
| 2-19-2009 | 4 | | | Summary Entry | | 28.00- |
| 2-20-2009 | 4 | | | Summary Entry | | 62.48- |
| 2-23-2009 | 4 | | | Summary Entry | | 25.00- |
| 2-23-2009 | 4 | | | IRS Tax refund | | 24,467,347.92- |
| 2-25-2009 | 4 | | | Summary Entry | | 9,995.46- |
| 2-25-2009 | 4 | | | Summary Entry | | 27,747.82- |
| 2-25-2009 | 4 | | | Summary Entry | | 81.25- |
| 2-26-2009 | 4 | | | Summary Entry | | 4,078.39- |
| 2-26-2009 | 4 | | | Summary Entry | | 3.00- |
| 2-27-2009 | 4 | | | Summary Entry | | 381.00- |

Total Account 001-1001 - Union Bank - Acct. # ▓▓▓005    2,328,471.27*    24,669,923.87*    24,649,831.96-*    2,348,563.18*

GRAND TOTALS        2,328,471.27*    24,669,923.87*    24,649,831.96-*    2,348,563.18*

Date Range:  02-01-2009  To   02-28-2009

Bank:  UBDIP1 - Union Bank - John Reynen DIP
Beginning Balance As Of 2-01-2009:        2,328,471.27

| Date | Type | Check#/<br>DepositID | Void | Description | Beginning<br>Balance | Subtraction | Addition | Ending<br>Balance |
|------|------|------|------|-------------|-----------|-------------|----------|--------|
| 02-06-2009 | Dep | | | Townsquare & Osborne | | | 117,032.07 | 2,445,503.34 |
| 02-09-2009 | Dep | 1 | | IRS Tax refund | | | 24,467,347.92 | 26,912,851.26 |
| 02-09-2009 | Dep | | | KMS Pinnacle Peak distribution | | | 85,543.88 | 26,998,395.14 |
| 02-09-2009 | Chk | 20090209 | | Union Bank of California | | 13.00 | | 26,998,382.14 |
| 02-09-2009 | Chk | 200902091 | | Union Bank of California | | 13.00 | | 26,998,369.14 |
| 02-10-2009 | Chk | 2425 | | Sierra Pacific | | 342.31 | | 26,998,026.83 |
| 02-10-2009 | Chk | 20090210 | | Sierra Pacific | | 4.95 | | 26,998,021.88 |
| 02-12-2009 | Chk | 2426 | | Sierra Pacific | | 496.73 | | 26,997,525.15 |
| 02-12-2009 | Chk | 2427 | | Wells Fargo Insurance Services | | 1,230.00 | | 26,996,295.15 |
| 02-12-2009 | Chk | 20090212 | | Sierra Pacific | | 4.95 | | 26,996,290.20 |
| 02-13-2009 | Chk | 20090213 | | Banorte | | 7,813.00 | | 26,988,477.20 |
| 02-13-2009 | Chk | 200902131 | | Union Bank of California | | 40.00 | | 26,988,437.20 |
| 02-19-2009 | Wdl | | | Transfer to Buildco, Inc. | | 116,277.60 | | 26,872,159.60 |
| 02-19-2009 | Chk | 2428 | | Allied Waste Services | | 43.30 | | 26,872,116.30 |
| 02-19-2009 | Chk | 2429 | | American Express | | 1,156.40 | | 26,870,959.90 |
| 02-19-2009 | Chk | 2430 | | Associated Indemnity Corporati | | 222.83 | | 26,870,737.07 |
| 02-19-2009 | Chk | 2431 | | AT&T | | 18.02 | | 26,870,719.05 |
| 02-19-2009 | Chk | 2432 | | City of Sacramento | | 96.66 | | 26,870,622.39 |
| 02-19-2009 | Chk | 2433 | | Del Paso Country Club | | 754.32 | | 26,869,868.07 |
| 02-19-2009 | Chk | 2434 | | Franchise Tax Board | | 2,338.32 | | 26,867,529.75 |
| 02-19-2009 | Chk | 2435 | | Quest Diagnostics | | 4.41 | | 26,867,525.34 |
| 02-19-2009 | Chk | 2436 | | Southwest Gas Corp | | 308.56 | | 26,867,216.78 |
| 02-19-2009 | Chk | 2437 | | Townsquare Associates | | 1,029.67 | | 26,866,187.11 |
| 02-19-2009 | Chk | 2438 | | PG&E | | 19.08 | | 26,866,168.03 |
| 02-19-2009 | Chk | 2439 | | Charter | | 49.24 | | 26,866,118.79 |
| 02-19-2009 | Chk | 2440 | | Fireman's Fund Insurance Compa | | 456.43 | | 26,865,662.36 |
| 02-19-2009 | Chk | 2441 | | Sierra Pacific | | 587.42 | | 26,865,074.94 |
| 02-19-2009 | Chk | 2442 | | Southwest Gas Corp | | 379.08 | | 26,864,695.86 |
| 02-19-2009 | Chk | 2443 | | AT&T | | 289.84 | | 26,864,406.02 |
| 02-19-2009 | Chk | 2444 | X | Comcast | | | | 26,864,406.02 |
| 02-19-2009 | Chk | 2445 | | Fireman's Fund Insurance Compa | | 2,521.67 | | 26,861,884.35 |
| 02-19-2009 | Chk | 2446 | | Jerry Emerick | | 200.00 | | 26,861,684.35 |
| 02-19-2009 | Chk | 2447 | | SMUD | | 2,889.63 | | 26,858,794.72 |
| 02-19-2009 | Chk | 2448 | X | Walker Cordova Hardware | | | | 26,858,794.72 |
| 02-19-2009 | Chk | 2449 | | Walker Cordova Hardware | | 481.22 | | 26,858,313.50 |
| 02-19-2009 | Chk | 20090219 | | Union Bank of California | | 28.00 | | 26,858,285.50 |
| 02-20-2009 | Chk | 2450 | | Stephen I. Stark, M.D. | | 62.48 | | 26,858,223.02 |
| 02-23-2009 | Wdl | | | IRS Tax refund | | 24,467,347.92 | | 2,390,875.10 |
| 02-23-2009 | Chk | 2451 | | Capital Crew Boosters Club | | 25.00 | | 2,390,850.10 |
| 02-25-2009 | Chk | 2452 | | PNH Mortgage Services | | 9,995.46 | | 2,380,854.64 |
| 02-25-2009 | Chk | 2453 | | California Bank and Trust | | 1,060.62 | | 2,379,794.02 |
| 02-25-2009 | Chk | 2454 | | Chase Auto Finance | | 1,874.67 | | 2,377,919.35 |
| 02-25-2009 | Chk | 2455 | | People's National Bank | | 2,155.28 | | 2,375,764.07 |
| 02-25-2009 | Chk | 2456 | | Wells Fargo Home Mortgage | | 5,286.46 | | 2,370,477.61 |
| 02-25-2009 | Chk | 2457 | | Bank of America | | 5,704.12 | | 2,364,773.49 |
| 02-25-2009 | Chk | 2458 | | Wells Fargo Home Mortgage | | 11,666.67 | | 2,353,106.82 |
| 02-25-2009 | Chk | 2459 | | SMUD | | 25.75 | | 2,353,081.07 |
| 02-25-2009 | Chk | 2460 | | Midtown Internal Medicine | | 12.20 | | 2,353,068.87 |
| 02-25-2009 | Chk | 2461 | | Allied Waste Services | | 43.30 | | 2,353,025.57 |
| 02-26-2009 | Chk | 2462 | | PG&E | | 97.36 | | 2,352,928.21 |
| 02-26-2009 | Chk | 2463 | | Sacramento County Utilities | | 82.92 | | 2,352,845.29 |
| 02-26-2009 | Chk | 2464 | | United States Treasury | | 765.00 | | 2,352,080.29 |
| 02-26-2009 | Chk | 2465 | | PG&E | | 16.87 | | 2,352,063.42 |
| 02-26-2009 | Chk | 2466 | | AT&T | | 110.12 | | 2,351,953.30 |
| 02-26-2009 | Chk | 2467 | | Fireman's Fund Insurance Compa | | 3,006.12 | | 2,348,947.18 |
| 02-26-2009 | Chk | 20090226 | | Union Bank of California | | 3.00 | | 2,348,944.18 |
| 02-27-2009 | Chk | 2468 | | Blue Shield of California | | 381.00 | | 2,348,563.18 |
| | | | | UBDIP1 Bank Totals: | 2,328,471.27 | 24,649,831.96 | 24,669,923.87 | 2,348,563.18 |

Bank:  UBDIP1 - Union Bank - John Reynen DIP
Reconciliation Status:  Finished
Statement Date:  2-28-2009

| Type | Check#/ Deposit ID | Date | Description | Subtraction | Addition | Cleared Amount | Cleared Date |
|------|---------|------|-------------|-------------|----------|----------------|--------------|
| Chk | 2399 | 01-26-2009 | Associated Indemnity Corporati | 222.83 | | (222.83) | 02-28-2009 |
| Chk | 2400 | 01-26-2009 | AT&T | 55.42 | | (55.42) | 02-28-2009 |
| Chk | 2401 | 01-26-2009 | California American Water | 71.97 | | (71.97) | 02-28-2009 |
| Chk | 2403 | 01-26-2009 | Chase Auto Finance | 1,874.67 | | (1,874.67) | 02-28-2009 |
| Chk | 2404 | 01-26-2009 | City of Sacramento | 96.66 | | (96.66) | 02-28-2009 |
| Chk | 2405 | 01-26-2009 | Southwest Gas Corporation | 557.58 | | (557.58) | 02-28-2009 |
| Chk | 2407 | 01-26-2009 | AT&T | 120.93 | | (120.93) | 02-28-2009 |
| Chk | 2408 | 01-26-2009 | Fireman's Fund Insurance Compa | 456.43 | | (456.43) | 02-28-2009 |
| Chk | 2409 | 01-26-2009 | Southwest Gas Corp | 608.64 | | (608.64) | 02-28-2009 |
| Chk | 2410 | 01-26-2009 | Wells Fargo Home Mortgage | 5,550.78 | | (5,550.78) | 02-28-2009 |
| Chk | 2412 | 01-26-2009 | AT&T | 56.43 | | (56.43) | 02-28-2009 |
| Chk | 2413 | 01-26-2009 | Bank of America | 5,704.12 | | (5,704.12) | 02-28-2009 |
| Chk | 2414 | 01-26-2009 | California American Water | 600.91 | | (600.91) | 02-28-2009 |
| Chk | 2415 | 01-26-2009 | Comcast | 327.03 | | (327.03) | 02-28-2009 |
| Chk | 2416 | 01-26-2009 | Fidelity National Property | 3,307.00 | | (3,307.00) | 02-28-2009 |
| Chk | 2417 | 01-26-2009 | Fireman's Fund Insurance Compa | 1,028.59 | | (1,028.59) | 02-28-2009 |
| Chk | 2418 | 01-26-2009 | Kengas | 197.98 | | (197.98) | 02-28-2009 |
| Chk | 2419 | 01-26-2009 | PHH Mortgage Services | 9,995.46 | | (9,995.46) | 02-28-2009 |
| Chk | 2420 | 01-26-2009 | SMUD | 973.17 | | (973.17) | 02-28-2009 |
| Chk | 2421 | 01-26-2009 | Waste Management | 64.20 | | (64.20) | 02-28-2009 |
| Chk | 2422 | 01-26-2009 | Wells Fargo Home Mortgage | 11,666.67 | | (11,666.67) | 02-28-2009 |
| Chk | 2423 | 01-27-2009 | Susquehana County Treasurer | 3,467.55 | | (3,467.55) | 02-28-2009 |
| Chk | 2424 | 01-28-2009 | U.S. Trustee | 1,950.00 | | (1,950.00) | 02-28-2009 |
| Chk | 20090209 | 02-09-2009 | Union Bank of California | 13.00 | | (13.00) | 02-28-2009 |
| Chk | 200902091 | 02-09-2009 | Union Bank of California | 13.00 | | (13.00) | 02-28-2009 |
| Chk | 2425 | 02-10-2009 | Sierra Pacific | 342.31 | | (342.31) | 02-28-2009 |
| Chk | 20090210 | 02-10-2009 | Sierra Pacific | 4.95 | | (4.95) | 02-28-2009 |
| Chk | 2426 | 02-12-2009 | Sierra Pacific | 496.73 | | (496.73) | 02-28-2009 |
| Chk | 2427 | 02-12-2009 | Wells Fargo Insurance Services | 1,230.00 | | (1,230.00) | 02-28-2009 |
| Chk | 20090212 | 02-12-2009 | Sierra Pacific | 4.95 | | (4.95) | 02-28-2009 |
| Chk | 20090213 | 02-13-2009 | Banorte | 7,813.00 | | (7,813.00) | 02-28-2009 |
| Chk | 200902131 | 02-13-2009 | Union Bank of California | 40.00 | | (40.00) | 02-28-2009 |
| Chk | 2429 | 02-19-2009 | American Express | 1,156.40 | | (1,156.40) | 02-28-2009 |
| Chk | 2430 | 02-19-2009 | Associated Indemnity Corporati | 222.83 | | (222.83) | 02-28-2009 |
| Chk | 2431 | 02-19-2009 | AT&T | 18.02 | | (18.02) | 02-28-2009 |
| Chk | 2432 | 02-19-2009 | City of Sacramento | 96.66 | | (96.66) | 02-28-2009 |
| Chk | 2433 | 02-19-2009 | Del Paso Country Club | 754.32 | | (754.32) | 02-28-2009 |
| Chk | 2435 | 02-19-2009 | Quest Diagnostics | 4.41 | | (4.41) | 02-28-2009 |
| Chk | 2436 | 02-19-2009 | Southwest Gas Corp | 308.56 | | (308.56) | 02-28-2009 |
| Chk | 2437 | 02-19-2009 | Townsquare Associates | 1,029.67 | | (1,029.67) | 02-28-2009 |
| Chk | 2440 | 02-19-2009 | Fireman's Fund Insurance Compa | 456.43 | | (456.43) | 02-28-2009 |
| Chk | 2441 | 02-19-2009 | Sierra Pacific | 587.42 | | (587.42) | 02-28-2009 |
| Chk | 2442 | 02-19-2009 | Southwest Gas Corp | 379.08 | | (379.08) | 02-28-2009 |
| Chk | 2443 | 02-19-2009 | AT&T | 289.84 | | (289.84) | 02-28-2009 |
| Chk | 2445 | 02-19-2009 | Fireman's Fund Insurance Compa | 2,521.67 | | (2,521.67) | 02-28-2009 |
| Chk | 2446 | 02-19-2009 | Jerry Emerick | 200.00 | | (200.00) | 02-28-2009 |
| Chk | 2447 | 02-19-2009 | SMUD | 2,889.63 | | (2,889.63) | 02-28-2009 |
| Chk | 20090219 | 02-19-2009 | Union Bank of California | 28.00 | | (28.00) | 02-28-2009 |
| Chk | 20090226 | 02-26-2009 | Union Bank of California | 3.00 | | (3.00) | 02-28-2009 |
| Dep | | 02-06-2009 | Townsquare & Osborne | | 117,032.07 | 117,032.07 | 02-28-2009 |
| Dep | 1 | 02-09-2009 | IRS Tax refund | | 24,467,347.92 | 24,467,347.92 | 02-28-2009 |
| Dep | | 02-09-2009 | KMS Pinnacle Peak distribution | | 85,543.88 | 85,543.88 | 02-28-2009 |
| Wdl | | 02-19-2009 | Transfer to Buildco, Inc. | 116,277.60 | | (116,277.60) | 02-28-2009 |
| Wdl | | 02-23-2009 | IRS Tax refund | 24,467,347.92 | | (24,467,347.92) | 02-28-2009 |

STATEMENT TOTALS:                                 24,653,484.42        24,669,923.87            16,439.45

<-------- Number of Transactions --------->          <----------- Cleared Amounts ----------->
                        Total    Reconciled

          Checks:        49         49               Checks:         (69,858.90)
       Deposits:          3          3               Deposits:     24,669,923.87
    Withdrawals:          2          2               Withdrawals: (24,583,625.52)
    Adjustments:          0          0               Adjustments:          .00



# STATEMENT OF ACCOUNTS

UNION BANK OF CALIFORNIA
SPECIALIZED DEPOSITS 218
POST OFFICE BOX 513840
LOS ANGELES        CA    90051-3840

Customer Inquiries
800-418-6466

Thank you for banking with us
since 2008

CY20  010000

JOHN D REYNEN AND JUDITH M REYNEN
ACCOUNT #1
CHAPTER 11 DEBTOR IN POSSESSION
CASE #2008-25145 C/O REYNEN & BARDIS
10630 MATHER BLVD
MATHER CA 95655

*Opening a new Union Bank account online has never been easier. It's secure, easy and takes just a few minutes. Go to unionbank.com/openaccount.*

## REGULAR CHECKING SUMMARY

Account Number: ████████4114

Days in statement period: 28

| | | |
|---|---:|---:|
| Beginning balance on 1/30 | $ | 2,379,547.53 |
| Total Credits | | 24,669,923.87 |
| Deposits ( 1 ) | 117,032.07 | |
| Electronic credits ( 2 ) | 24,552,891.80 | |
| Total Debits | | -24,653,484.42 |
| Checks paid ( 39 ) | -61,099.96 | |
| Electronic debits ( 6 ) | -124,939.54 | |
| Other debits, fees and adjustments ( 6 ) | -24,467,444.92 | |
| Ending Balance on 2/26 | $ | 2,395,986.98 |

RECEIVED
MAR - 9 2009
By

# CREDITS

### Deposits
*including check and cash credits*

| | Date | Description | Reference | | Amount |
|---|---|---|---|---|---:|
| | 2/6 | OFFICE DEPOSIT # 0000837090 | 40865320 | $ | 117,032.07 |

### Electronic credits

| | Date | Description | Reference | | Amount |
|---|---|---|---|---|---:|
| | 2/9 | WIRE TRANS  TRN 0209015670 020909 200902090002451 | 93051246 | $ | 85,543.88 |
| | 2/9 | WIRE TRANS  TRN 0209021163 020909 0000218 | 93054088 | | 24,467,347.92 |
| | | 2 Electronic credits | | Total amount $ | 24,552,891.80 |

# DEBITS

### Checks paid

| Number | Date | | Amount | Number | Date | | Amount | Number | Date | | Amount |
|---|---|---|---:|---|---|---|---:|---|---|---|---:|
| 2399 | 2/3 | $ | 222.83 | 2410 | 2/2 | $ | 5,550.78 | 2420 | 2/2 | $ | 973.17 |
| 2400 | 2/2 | | 55.42 | 2412* | 2/2 | | 56.43 | 2421 | 2/4 | | 64.20 |
| 2401 | 2/4 | | 71.97 | 2413 | 2/9 | | 5,704.12 | 2422 | 2/2 | | 11,666.67 |
| 2403* | 2/3 | | 1,874.67 | 2414 | 2/4 | | 600.91 | 2423 | 2/4 | | 3,467.55 |
| 2404 | 2/2 | | 96.66 | 2415 | 2/3 | | 327.03 | 2424 | 2/3 | | 1,950.00 |
| 2405 | 2/3 | | 557.58 | 2416 | 2/3 | | 3,307.00 | 2427* | 2/25 | | 1,230.00 |
| 2407* | 2/2 | | 120.93 | 2417 | 2/3 | | 1,028.59 | 2429* | 2/23 | | 1,156.40 |
| 2408 | 2/3 | | 456.43 | 2418 | 2/3 | | 197.98 | 2430 | 2/25 | | 222.83 |
| 2409 | 2/2 | | 608.64 | 2419 | 2/4 | | 9,995.46 | 2431 | 2/25 | | 18.02 |



### Checks paid  *continued*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| 2432 | 2/25 | $ 96.66 | 2440* | 2/25 | $ 456.43 | 2446 | 2/23 | $ 200.00 |
| 2433 | 2/25 | 754.32 | 2441 | 2/23 | 587.42 | 2447 | 2/23 | 2,889.63 |
| 2435* | 2/26 | 4.41 | 2442 | 2/24 | 379.08 | | | |
| 2436 | 2/24 | 308.56 | 2443 | 2/23 | 289.84 | | | |
| 2437 | 2/26 | 1,029.67 | 2445* | 2/25 | 2,521.67 | | | |
| | | | 39 Checks paid | | | Total amount | | $ 61,099.96 |

\* Checks missing in sequence. Out of sequence check numbers may also be located in the Electronic debits section of your statement.

### Electronic debits

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|
| 2/12 | BILLMATRIX    BILL PAY  TEL  3553582732 | 53606410 | $ 4.95 |
| 2/12 | SIERRA PACIFIC P BILL PAY  TEL  3553582731  *CK 2425* | 53606416 | 342.31 |
| 2/13 | WIRE TRANS  TRN 0213029935 021309 48 | 93051642 | 7,813.00 ① |
| 2/13 | BILLMATRIX    BILL PAY  TEL  3558024402 | 54168087 | 4.95 |
| 2/13 | SIERRA PACIFIC P BILL PAY  TEL  3558024401  *CK 2426* | 54168091 | 496.73 |
| 2/19 | WIRE TRANS  TRN 0219017403 021909 6 | 93053025 | 116,277.60 |
| | 6 Electronic debits | Total amount $ | 124,939.54 |

### Other debits, fees and adjustments

| Date | Description | | Reference | Amount |
|------|-------------|---|-----------|--------|
| 2/9 | WIRE TRAN FEES  0902091163 | 090209-021163 | 93056911 | $ 13.00 |
| 2/9 | WIRE TRAN FEES  0902095670 | 090209-015670 | 93056912 | 13.00 |
| 2/13 | WIRE TRAN FEES  0902139935 | 090213-029935 | 93054038 | 40.00 ② |
| 2/19 | WIRE TRAN FEES  0902197403 | 090219-017403 | 93057528 | 28.00 |
| 2/23 | TELEPHONE TRANSFER | | 99351333 | 24,467,347.92 |
| 2/26 | ENCLOSED CHECKS FEE | | | 3.00 |
| | 6 Other debits, fees and adjustments | | Total amount $ | 24,467,444.92 |

## DAILY LEDGER BALANCE

| Date | Ledger Balance | Date | Ledger Balance | Date | Ledger Balance |
|------|----------------|------|----------------|------|----------------|
| 1/30-2/1 | $ 2,379,547.53 | 2/9-2/11 | $ 27,000,490.38 | 2/24 | $ 2,402,323.99 |
| 2/2 | 2,360,418.83 | 2/12 | 27,000,143.12 | 2/25 | 2,397,024.06 |
| 2/3 | 2,350,496.72 | 2/13-2/18 | 26,991,788.44 | 2/26 | 2,395,986.98 |
| 2/4-2/5 | 2,336,296.63 | 2/19-2/22 | 26,875,482.84 | | |
| 2/6-2/8 | 2,453,328.70 | 2/23 | 2,403,011.63 | | |