FILED
May 29, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0001862583

14 pages

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>JOHN D. REYNEN and JUDITH M. REYNEN,<br><br>Debtors. | Case No.: 08-25145<br><br>Chapter 11<br><br>MLG-022 |
| In re:<br><br>CHRISTO BARDIS and SARA BARDIS,<br><br>Debtors. | Case No.: 08-34878<br><br>Chapter 11<br><br>MHK-009 |

**EXHIBIT F TO DISCLOSURE STATEMENT
FOR DEBTORS' FIRST AMENDED JOINT PLAN OF REORGANIZATION**

(February 2009 Monthly Operating Report for Bardis Estate)

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

In re: Christo D. Bardis
Sara Bardis

Case No. 2008-34878

CHAPTER 11
MONTHLY OPERATING REPORT
(SMALL REAL ESTATE/INDIVIDUAL CASE)

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:** 02/28/09   **PETITION DATE:** 10/15/08

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
Dollars reported in $1

| | | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|---|
| 2. | **Asset and Liability Structure** | | | |
| | a. Current Assets | $32,748,904 | $211,908 | |
| | b. Total Assets | $40,752,880 | $40,823,708 | $40,883,862 |
| | c. Current Liabilities | $0 | $0 | |
| | d. Total Liabilities | $867,416,633 | $867,417,384 | $867,419,911 |
| 3. | **Statement of Cash Receipts & Disbursements for Month** | Current Month | Prior Month | Cumulative (Case to Date) |
| | a. Total Receipts | $32,742,031 | $148,223 | $32,890,254 |
| | b. Total Disbursements | $205,035 | $203,673 | $408,708 |
| | c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $32,536,996 | ($55,450) | $32,481,546 |
| | d. Cash Balance Beginning of Month | $212,609 | $268,059 | $268,059 |
| | e. Cash Balance End of Month (c + d) | $32,749,605 | $212,609 | $32,749,605 |
| | | Current Month | Prior Month | Cumulative (Case to Date) |
| 4. | Profit/(Loss) from the Statement of Operations | N/A | N/A | N/A |
| 5. | Account Receivables (Pre and Post Petition) | $0 | $0 | |
| 6. | Post-Petition Liabilities | $0 | $0 | |
| 7. | Past Due Post-Petition Account Payables (over 30 days) | $0 | $0 | |

**At the end of this reporting month:** | **Yes** | **No**
---|---|---
8. Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X
9. Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X
10. If the answer is yes to 8 or 9, were all such payments approved by the court? | | X
11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | X |
12. Is the estate insured for replacement cost of assets and for general liability? | X |
13. Are a plan and disclosure statement on file? | X |
14. Was there any post-petition borrowing during this reporting period? | | X

15. Check if paid: Post-petition taxes ___;   U.S. Trustee Quarterly Fees ___;   Check if filing is current for: Post-petition tax reporting and tax returns: ___.
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 3/16/2009 0:00

s/Christo D. Bardis   s/ Sara Bardis
Responsible Individual

Revised 3/15/99

Christo D. Bardis
Sara Bardis

Case No. 2008-34878
February 28, 2009

## SUMMARY OF FINANCIAL STATUS

**Question 11**

02/13/09 check # 1008 was issued to Katherine Bardis for $1000

Monthly allowance for our daughter while she is attending college

```
QCGL340                                    BALANCE SHEET                                    PAGE     1
CB                                      CHRISTO & SARA BARDIS                        SYSTEM DATE: 03/16/2009
DIP                                 CHAPTER 11 DEBTER -IN-POSSESSION                 SELECT DATE: 03/16/2009
                                              As of                                                10:48:04
Cur. Period: 02/09                       FEBRUARY 28 2009                            PROJECT SQ FT        0
Sel. Period: 02/09                                                                   PROJECT UNITS        0
```

| ACCOUNT | | ENDING BALANCE | TOTAL |
|---|---|---:|---:|
| 1000-000 | ***ASSETS*** | | |
| 1001-000 | CASH | | |
| 1002-000 | CASH DEBTOR IN POSSESSION ACT | 24,802.58 | |
| 1003-000 | CASH IN UNION BANK | 32,724,101.70 | |
| 1004-000 | TOTAL CASH ACCOUNTS | | 32,748,904.28 |
| 1005-000 | REAL & PERSONAL PROPERTY | | |
| 1005-500 | REAL PROPERTY | | |
| 1006-000 | 11375 HUNTINGTON VILLAGE | 550,000.00 | |
| 1007-000 | 7551 COASTAL VIEW | 2,300,000.00 | |
| 1008-000 | MCGREGOR PROPERTY | 569,400.00 | |
| 1009-000 | HOME IN GREECE | 100,000.00 | |
| 1010-000 | 15382 ABIERTO DRIVE | 105,000.00 | |
| 1020-000 | TOTAL REAL PROPERTY | | 36,373,304.28 |
| 1025-000 | PERSONAL PROPERTY | | |
| 1026-000 | CASH ON HAND | 700.00 | |
| 1028-000 | FAR EAST NATIONAL BANK | 6,200.00 | |
| 1033-000 | DEPOSIT - 1502 BONIFACIO | 8,500.00 | |
| 1034-000 | HOUSEHOLD GOODS-BONIFACIO | 117,500.00 | |
| 1035-000 | HOUSEHOLD GOODS-HUNTINGTON VIL | 7,500.00 | |
| 1036-000 | BOOKS,PICTURES,ART-BONIFACIO | 350,000.00 | |
| 1037-000 | WEARING APPARAL-BONIFACIO | 5,000.00 | |
| 1038-000 | WEARING APPARAL-HUNTINGTON VIL | 5,000.00 | |
| 1039-000 | FURS AND JEWLERY-BONIFACIO | | |
| 1039-100 | ANTIQUE NECKLACE | 10,000.00 | |
| 1039-150 | BLACK PEARLS | 4,000.00 | |
| 1039-200 | ENGAGEMENT RING | 10,000.00 | |
| 1039-250 | EARINGS | 3,000.00 | |
| 1039-300 | ROLEX WATCH (HIS) | 4,000.00 | |
| 1039-350 | COSTUME JEWLERY | 10,000.00 | |
| 1039-400 | DIAMOND BRACELET | 3,500.00 | |
| 1039-450 | DIAMOND NECKLACE | 12,500.00 | |
| 1039-500 | ROLEX WATCH (HERS) | 12,500.00 | |
| 1039-550 | WATCHES (HIS) | 2,500.00 | |
| 1039-600 | FURS | 3,000.00 | |
| 1040-000 | FIREARMS AND SPORTS-HUNT VILL | 2,000.00 | |
| 1041-000 | IRA ACCOUNT - 0288 | 5,000.00 | |
| 1042-000 | IRA ACCOUNT - 0270 | 5,000.00 | |
| 1090-000 | TOTAL PERSONAL PROPERTY | | 587,400.00 |
| 1100-000 | PARTNERSHIPS & JOINT VENTURES | | |
| 1101-000 | 1215 D STRRET | 25,000.00 | |
| 1102-000 | 2517 C STREET | 94,171.00 | |
| 1103-000 | ANTELOPE GREENS JOINT VENTURE | 210,366.00 | |
| 1104-500 | BUILDCO | 116,277.59 | |
| 1105-000 | C&S PARTNERSHIP | 243,750.00 | |
| 1106-000 | CASTLE PARK, LLC | 150,000.00 | |
| 1109-000 | FRICOT CITY JV | 20,000.00 | |
| 1126-000 | CAMBRIDGE ANATOLIA LP | 200,000.00 | |
| 1133-000 | CH LOOMIS LP | 100,000.00 | |
| 1197-000 | REYNEN & BARDIS GILLAM MEADOWS | 75,000.00 | |
| 1227-000 | TOWNSQUARE ASSOCAITES MILLBREA | 250,000.00 | |
| 1299-000 | TOTAL PARTNERSHIP & JV'S | | 1,484,564.59 |
| 1300-000 | OTHER INTERESTS | | |
| 1400-000 | 2007 FEDERAL TAX RETURN | 1,975,898.30 | |
| 1401-000 | BARDIS V CAPITAL RACING RECOVE | 150,000.00 | |
| 1501-000 | PORSCHE CAYENNE | 15,903.00 | |
| 1502-000 | 2001 LEXUS LX470 | 15,810.00 | |
| 1503-000 | 1984 MERCEDES BENZ | 10,000.00 | |
| 1510-000 | OFFICE EQUIPMENT | 2,500.00 | |
| 1525-000 | MONTEREY PENN CLUB MEMBERSHIP | 112,500.00 | |
| 1526-000 | DEL PASO CLUB MEMBERSHIP | 25,000.00 | |
| 1599-000 | TOTAL OTHER | | 2,307,611.30 |
| 1800-000 | TOTAL PERSONAL PROPERTY | | 4,379,575.89 |
| 1900-000 | TOTAL ALL ASSETS | | 40,752,880.17 |

```
QCGL340                                   BALANCE SHEET                                              PAGE     2
CB                                      CHRISTO & SARA BARDIS                             SYSTEM DATE: 03/16/2009
DIP                                 CHAPTER 11 DEBTER -IN-POSSESSION                      SELECT DATE: 03/16/2009
                                              As of                                                    10:48:05
Cur. Period: 02/09                        FEBRUARY 28 2009                                PROJECT SQ FT        0
Sel. Period: 02/09                                                                        PROJECT UNITS        0
```

| ACCOUNT | | ENDING BALANCE | TOTAL |
|---|---|---:|---:|
| 2000-000 | ***LIABILITIES*** | | |
| 2100-000 | CREDITORS HOLDING SECURED CLMS | | |
| 2101-000 | ANGELO TSAKOPOUPLOS | 6,594,000.00 | |
| 2102-000 | JG SILVER OAK, LLC | 3,520,000.00 | |
| 2103-000 | VILLAGE INVESTMENT PARTNERS | 4,973,466.00 | |
| 2104-000 | WACHOVIA HUNTINGTON VILLAGE | 416,866.04 | |
| 2105-000 | WACHOVIA 7551 COASTAL VIEW | 2,366,868.00 | |
| 2106-000 | PAC CAPITAL (MCGREGOR) | 739,105.00 | |
| 2199-000 | TOTAL CREDITORS SECURED CLAIMS | | 18,610,305.04 |
| 2200-000 | CREDITORS - UNSECURED PRIORITY | | |
| 2201-000 | INTERNAL REVENUE SERVICE | 3,649,076.00 | |
| 2202-000 | STATE OF CA BOARD OF EQUALIZAT | 21,683.00 | |
| 2203-000 | STATE OF CA FRANCHISE TAX BOAR | 763,520.00 | |
| 2299-000 | TOTAL CREDITORS-SECURED CLAIMS | | 4,434,279.00- |
| 2300-000 | CREDITORS-UNSEC NONPRIORITY | | |
| 2301-000 | AKT WEST VALLEY INVESTORS | 567,294.00 | |
| 2302-000 | BANK OF SACRAMENTO 00001117 | 425,000.00 | |
| 2303-000 | FRANK STATHOS | 12,029,333.00 | |
| 2304-000 | CRAIG T EHNISZ TRUST | 10,538,480.00 | |
| 2305-000 | LES HOCK | 135,000.00 | |
| 2306-000 | JG SILVER OAK, LLC | 3,520,000.00 | |
| 2307-000 | PETE HUCKINS | 2,712,000.00 | |
| 2308-000 | WASHINGTON MUTUAL 748157716 | 96,707.00 | |
| 2309-000 | CASTLE PARK, A CALIF LLC | 8,000.00 | |
| 2310-000 | LARA II, INC | 7,319,000.00 | |
| 2311-000 | RACHEL BARDIS | 6,000,000.00 | |
| 2312-000 | FAR EAST BANK 46085 | 481,904.00 | |
| 2316-000 | ACE | 1,044,031.00 | |
| 2317-000 | BANK OF SACRAMENTO 3494 | 2,970,371.00 | |
| 2318-000 | CRAIG T EHNISZ TRUST | 67,668.00 | |
| 2319-000 | DAN FITZPATRICK | 3,000,000.00 | |
| 2320-000 | DEVELOPERS SUURETY & INDEMNITY | 2,561,608.00 | |
| 2321-000 | ERNEST EHNISZ JR | 558,849.00 | |
| 2322-000 | ERNEST EHNISZ  TRUST | 9,990,090.00 | |
| 2323-000 | FRANK STATHOS | 21,756,901.00 | |
| 2324-000 | EXCHANGE BANK 58080 | 3,049,617.00 | |
| 2325-000 | FIRST HORIZON 475169001 & 02 | 1,251,038.00 | |
| 2326-000 | FIRST HORIZON 475179001 | 12,515,613.00 | |
| 2327-000 | GILLIAM FAMILY TRUST | 831,370.00 | |
| 2328-000 | GILLIIAM FAMILY TRUST | 277,083.00 | |
| 2329-000 | GUARANTY BANK 8430300 | 4,783,288.00 | |
| 2330-000 | INSURANCE CO OF THE WEST | 4,454,766.00 | |
| 2331-000 | INTERNATIONAL FIDELITY INSUR | 2,764,698.00 | |
| 2332-000 | JOHN GILLIAM | 554,247.00 | |
| 2333-000 | JP MORGAN CHASE 702748963 | 5,315,521.00 | |
| 2334-000 | KEY BANK 9973344-9001 | 1,102,774.00 | |
| 2335-000 | KEY BANK 9965904-9001 | 4,163,745.00 | |
| 2336-000 | LENNAR RENAISSANCE INC | 47,000.00 | |
| 2337-000 | N. VINEYARD FAMILY RB INC | 10,505,541.00 | |
| 2338-000 | PAC CAPITAL (GILLIAM MEADOWS) | 1,900,241.00 | |
| 2339-000 | RIVER CITY BANK 4694534658 | 5,524,016.00 | |
| 2340-000 | SID DUNMORE | 2,620,167.00 | |
| 2341-000 | SIERRA HEALTH FOUNDATION | 1,185,179.00 | |
| 2342-000 | STAN EHNISZ | 1,278,289.00 | |
| 2343-000 | STUART GILLIAM | 554,247.00 | |
| 2344-000 | TRAVELERS BOND CLAIMS | 12,696,197.00 | |
| 2345-000 | WACHOVIA BANK 05-64-5445874-8 | 59,780.00 | |
| 2346-000 | WACHOVIA BANK 05-64-5446324 | 783,921.00 | |
| 2347-000 | WACHOVIA BANK 05-52-8457716 | 3,132,298.00 | |
| 2348-000 | WELLS FARGO BANK | 159,735.00 | |
| 2349-000 | AFFINITY BANK 150999516 | 654,504.00 | |
| 2350-000 | AFFINITY BANK 151000418 | 27,783.00 | |
| 2351-000 | FAR EAST BANK 46101 | 1,044,641.00 | |
| 2352-000 | INSURANCE CO OF TEH WEST | 253,988.00 | |
| 2353-000 | RBC FINANCIAL 4431026553-001 | 535,811.00 | |
| 2354-000 | RBC FINANCIAL 486303128... | 691,564.00 | |

QCGL340　　　　　　　　　　　　　　　　　　　BALANCE SHEET　　　　　　　　　　　　　　　　　　　　PAGE
CB　　　　　　　　　　　　　　　　　　　　CHRISTO & SARA BARDIS　　　　　　　　　　　　　　SYSTEM DATE: 03/16/2009
DIP　　　　　　　　　　　　　　　　　CHAPTER 11 DEBTER -IN-POSSESSION　　　　　　　　　SELECT DATE: 03/16/2009
　　　　　　　　　　　　　　　　　　　　　　　　As of　　　　　　　　　　　　　　　　　　　　　　　　10:48:05
Cur. Period: 02/09　　　　　　　　　　　　FEBRUARY 28 2009　　　　　　　　　　　　　　　　PROJECT SQ FT
Sel. Period: 02/09　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　PROJECT UNITS

| ACCOUNT | | ENDING BALANCE | TOTAL |
|---|---|---|---|
| 2355-000 | RBC FINANCIAL 4720030465-01 | 1,065,731.00 | |
| 2356-000 | TRAVELERS BOND CLAIMS | 1,368,554.00 | |
| 2357-000 | WELLS FARGO 103612 | 2,603,125.00 | |
| 2361-000 | BANK OF THE WEST | | |
| 2361-100 | 10-4031586-911-7 | 13,630,843.00 | |
| 2361-200 | 10-4031586-99-1 | 315,118.00 | |
| 2361-300 | 104031586913-3 | 1,666,062.00 | |
| 2362-000 | BANK OF THE WEST 10-4036994-0 | 3,409,189.00 | |
| 2363-000 | BANK OF THE WEST 10-4037638-2 | 11,243,070.00 | |
| 2364-000 | CALIFORNIA BANK & TRUST | | |
| 2364-100 | 9557000011-00002 | 5,985,784.00 | |
| 2364-200 | 9557000011-00003 | 1,901,639.00 | |
| 2364-300 | 9557000011-00005 | 4,792,623.00 | |
| 2365-000 | CALIF BANK & TRUST 9557000011 | 6,708,038.00 | |
| 2366-000 | COLONIAL BANK 8037140517 | 595,885.00 | |
| 2367-000 | COLONIAL BANK 8037140905 | 6,058,046.00 | |
| 2368-000 | COLONIAL BANK 8036932963 | 12,221,854.00 | |
| 2369-000 | COLONIAL BANK | | |
| 2369-100 | 8036975962-00001 | 1,252,212.00 | |
| 2369-200 | 8036975988-00001 | 1,561,974.00 | |
| 2369-300 | 8036976655-00001 | 3,120,338.00 | |
| 2369-400 | 803697597-00001 | 4,140,432.00 | |
| 2370-000 | COMERICA 87-1805349-6 | 6,650,548.00 | |
| 2371-000 | COMERICA 87-1799844-400026 | 8,183,630.00 | |
| 2372-000 | COMERICA 87-1801324-3 | 5,915,555.00 | |
| 2373-000 | COMERICA | | |
| 2373-100 | 87180087480002-6 | 22,387,715.00 | |
| 2373-200 | 871800874800042 | 7,098,118.00 | |
| 2374-000 | COMERICA 8717996489-00026 | 22,422,765.00 | |
| 2375-000 | P&K NICHOLS | 2,182,500.00 | |
| 2376-000 | FIRST BANK 417-053029683 | 33,149,944.00 | |
| 2377-000 | INDYMAC BANK | | |
| 2377-100 | 52-8550004 | 7,667,995.00 | |
| 2377-200 | 52-8550005 | 319,514.00 | |
| 2377-300 | 52-8550007 | 1,892,905.00 | |
| 2378-000 | INDYMAC BANK 52-8550012 | 611,443.00 | |
| 2379-000 | INDYMAC BANK 52-8550011 | 4,560,212.00 | |
| 2380-000 | INDYMAC BANK 52-8550003 | 6,496,932.00 | |
| 2381-000 | INDYMAC BANK 52-8550010 | 12,252,817.00 | |
| 2382-000 | INDYMAC BANK 52-8840001 | 13,509,917.00 | |
| 2383-000 | INDYMAC BANK 52-8550001 | 13,814,192.00 | |
| 2384-000 | JAMES KOPPERT | 2,531,333.00 | |
| 2385-000 | JP MORGAN CHASE | 58,650.00 | |
| 2386-000 | JP MORGAN CHASE | 3,612,035.00 | |
| 2387-000 | JP MORGAN CHASE | 7,573,033.00 | |
| 2388-000 | JP MORGAN CHASE | 7,721,136.00 | |
| 2389-000 | JP MORGAN CHASE | 13,799,029.00 | |
| 2390-000 | JP MORGAN CHASE | 7,246,506.00 | |
| 2391-000 | JP MORGAN CHASE | 18,024,654.00 | |
| 2392-000 | KEY BANK 29104001,06,07,08 | 912,105.00 | |
| 2392-100 | KEY BANK 9964640-9001 | 175,273.00 | |
| 2393-000 | KEY BANK 19103001,06,08,09,10 | 3,282,478.00 | |
| 2393-100 | KEY BANK 9964640-9002 | 1,499,355.00 | |
| 2394-000 | KEY BANK 9001001 | 15,853,138.00 | |
| 2395-000 | NANCY C. JOHNSON | 1,109,158.00 | |
| 2396-000 | PAC CAPITAL (LYNCH) | 732,754.00 | |
| 2397-000 | PAC CAPITAL (MCGREGOR) | 2,956,420.00 | |
| 2398-000 | RABOBANK 4211575-01 | 1,606,255.00 | |
| 2399-000 | RABOBANK 4211575-03 | 2,989,391.00 | |
| 2400-000 | RABO AGRIFINANCE 39857900 | 1,604,631.00 | |
| 2401-000 | SIERRA HEALTH FOUNDATION | 5,455,303.00 | |
| 2402-000 | SIERRA HEALTH FOUNDATION | 8,348,468.00 | |
| 2403-000 | STONEFIELD INC | 11,400,000.00 | |
| 2404-000 | BEVERLY LEWIS TRUST | 1,491,888.00 | |
| 2405-000 | UMPQUA BANK 150,003,736 | 2,432,399.00 | |
| 2405-100 | UMPQUA BANK 68,705,540 | 750,244.00 | |
| 2406-000 | WACHOVIA BANK 05-64-9755232 | 6,928,750.00 | |
| 2470-000 | WACHOVIA BANK 05-64-9755352-1 | 21,666,929.00 | |
| 2471-000 | WELLS FARGO BANK 100048 | 1,720,913.00 | |

```
QCGL340                          BALANCE SHEET                              PAGE     4
CB                             CHRISTO & SARA BARDIS                    SYSTEM DATE: 03/16/2009
DIP                        CHAPTER 11 DEBTER -IN-POSSESSION             SELECT DATE: 03/16/2009
                                      As of                                        10:48:05
Cur. Period: 02/09                FEBRUARY 28 2009                      PROJECT SQ FT        0
Sel. Period: 02/09                                                      PROJECT UNITS        0
```

| ACCOUNT | | ENDING BALANCE | TOTAL |
|---|---|---:|---:|
| 2471-100 | WELLS FARGO 102050 | 6,862,402.00 | |
| 2472-000 | WELLS FARGO BANK 102367 | 671,508.00 | |
| 2472-100 | WELLS FARGO 102893 | 1,153,593.00 | |
| 2473-000 | WELLS FARGO BANK 103267 | 4,592,882.00 | |
| 2473-100 | WELLS FARGO 104049 | 1,340,139.00 | |
| 2474-000 | WELLS FARGO BANK 102398 | 1,564,039.00 | |
| 2474-100 | WELLS FARGO 101774 | 4,496,574.00 | |
| 2475-000 | WELLS FARGO BANK 102417 | 5,709,209.00 | |
| 2475-100 | WELLS FARGO 103929 | 785,557.00 | |
| 2475-200 | WELLS FARGO 102685 | 665,325.00 | |
| 2475-300 | WELLS FARGO 471600 | 2,481,910.00 | |
| 2476-000 | WELLS FARGO BANK 100657 | 2,087,674.00 | |
| 2477-000 | WELLS FARGO BANK 103942 | 11,876,657.00 | |
| 2477-100 | WELLS FARGO 104112 | 3,263,180.00 | |
| 2478-000 | WELLS FARGO BANK - 103357 | 3,326,185.00 | |
| 2479-000 | WELLS FARGO BANK - 103631 | 5,076,001.00 | |
| 2480-000 | WELLS FARGO BANK - 102759 | 7,646,411.00 | |
| 2481-000 | WELLS FARGO BANK - 103358 | 7,938,784.00 | |
| 2482-000 | WELLS FARGO BANK - 105740 | 1,529,445.00 | |
| 2483-000 | WELLS FARGO BANK 102017 | 10,190,961.00 | |
| 2484-000 | WELLS FARGO BANK 102249 | 14,173,737.00 | |
| 2485-000 | WELLS FARGO BANK 102426/105777 | 17,072,053.00 | |
| 2486-000 | WELLS FARGO BANK 7383 | 2,898,939.00 | |
| 2501-000 | WELLS FARGO EQUIP FINANCE | 153,238.00 | |
| 2502-000 | WESTERN SPRINGS NAT'L BANK | 30,009,387.00 | |
| 2503-000 | WEYERHAUSER (MT ROSE) | 17,484,061.00 | |
| 2504-000 | WELLS FARGO BANK 1063144-400 | 429,605.00 | |
| 2505-000 | LaSALLE BANK 41-0901651 | 2,235,133.00 | |
| 2506-000 | WESTAMERICA BANK | 1,381,658.00 | |
| 2507-000 | AFFINITY BANK 150999015 | 7,542,105.00 | |
| 2508-000 | BANNER BANK 17014604 | 4,046,500.00 | |
| 2509-000 | BANNER BANK 72058412 | 2,397,166.00 | |
| 2510-000 | IMH 170-001-163 | 34,594,473.00 | |
| 2511-000 | INDYMAC BANK 52-8540021 | 10,615,482.00 | |
| 2512-000 | INDYMAC BANK 528450041 | 2,621,548.00 | |
| 2512-100 | INDYMAC BANK 52-8450042 | 874,985.00 | |
| 2512-200 | INDYMAC BANK 52-8450011 | 112,115.00 | |
| 2513-000 | INDYMAC 52-845031 | 12,155,384.00 | |
| 2513-100 | INDYMAC BANK 52-8450052 | 1,232,319.00 | |
| 2513-200 | INDYMAC BANK 52-8450053 | 1,487,684.00 | |
| 2513-300 | INDYMAC BANK 528450054 | 1,183,559.00 | |
| 2514-000 | IRWIN UNION BANK 400527029 | 5,650,797.00 | |
| 2515-000 | MARSHALL FIRST BANK 9559 | 14,021,340.00 | |
| 2900-000 | TOTAL UNSECURED NONPRIORITY | | 844,372,049.00 |
| 2995-000 | TOTAL ALL LIABILITES | | 867,416,633.04 |
| 3000-000 | CAPITAL | | |
| 3005-000 | EQUITY ACCOUNT | 826,536,048.96- | |
| 3900-000 | TOTAL CAPITAL | | 826,536,048.96- |
| 3999-000 | TOTAL LIABILITIES AND CAPITAL | | 40,880,584.08 |

# SCHEDULES TO THE BALANCE SHEET

### Schedule A
### Rental Income Information

<u>List the Rental Information Requested Below By Properties (For Rental Properties Only)</u>

| | | Property 1 | Property 2 | Property 3 |
|---|---|---|---|---|
| 1 | Description of Property | N/A | N/A | N/A |
| 2 | Scheduled Gross Rents | | | |
| | Less: | | | |
| 3 | Vacancy Factor | | | |
| 4 | Free Rent Incentives | | | |
| 5 | Other Adjustments | | | |
| 6 | Total Deductions | $0 | $0 | $0 |
| 7 | Scheduled Net Rents | $0 | $0 | $0 |
| 8 | Less: Rents Receivable (2) | | | |
| 9 | Scheduled Net Rents Collected (2) | $0 | $0 | $0 |

(2) To be completed by cash basis reporters only.


### Schedule B
### Recapitulation of Funds Held at End of Month

| | | Account 1 | Account 2 | Account 3 |
|---|---|---|---|---|
| 10 | Bank | Bank of America | Union Bank | cash on hand |
| 11 | Account No. | 3755557753 | 2180054769 | |
| 12 | Account Purpose | DIP Account | MMA | |
| 13 | Balance, End of Month | $24,803 | $32,724,102 ## | $700 |
| 14 | Total Funds on Hand for all Accounts | $32,749,604 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

\*\*\* Note to Account 2 - there are 2 IRA accounts for $5,000 each showing on the balance sheet Acct # 1041 and 1042
these amounts were garnished by the Franchise Tax Board but we are attempting to regain the funds

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
### Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended 02/28/09

| # | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | $0 | |
| 2 | Cash Received from Sales | $0 | |
| 3 | Interest Received | $0 | |
| 4 | Borrowings | $0 | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | $0 | |
| 6 | Capital Contributions | $0 | |
| 7 | | | |
| 8 | Townsquare Distribution | $0 | $115,838 |
| 9 | Federal Tax Refund | $32,724,102 | $32,724,102 |
| 10 | Expenses paid by R&B Communities CA, Inc. | $17,930 | $50,315 |
| 11 | | | |
| 12 | **Total Cash Receipts** | $32,742,031 | $32,890,255 |
| | **Cash Disbursements** | | |
| 13 | Selling | $0 | |
| 14 | Administrative | $0 | |
| 15 | Capital Expenditures | $145,269 | $213,054 |
| 16 | Principal Payments on Debt | $751 | $3,278 |
| 17 | Interest Paid | $2,003 | $7,740 |
| | Rent/Lease: | $0 | |
| 18 | Personal Property | $8,500 | $33,923 |
| 19 | Real Property | $0 | |
| | Amount Paid to Owner(s)/Officer(s) | $0 | |
| 20 | Salaries | $0 | |
| 21 | Draws | $0 | |
| 22 | Commissions/Royalties | $0 | |
| 23 | | | |
| 24 | Other | $0 | |
| 25 | Salaries/Commissions (less employee withholding) | $0 | |
| 26 | Management Fees | $0 | |
| | Taxes: | | |
| 27 | Employee Withholding | $0 | |
| 28 | Employer Payroll Taxes | $0 | |
| 29 | Real Property Taxes | $0 | |
| 30 | Other Taxes | $0 | |
| 31 | Other Cash Outflows: Accounting | $15,630 | $15,630 |
| 32 | Living Expenses | $11,357 | $50,404 |
| 33 | Utilities & Property Maintenance | $2,973 | $13,020 |
| 34 | Property Insurance | $622 | $3,009 |
| 35 | Student Tuition | | $18,336 |
| 36 | Expenses Paid by Reynen & Bardis | $17,930 | $50,315 |
| 37 | **Total Cash Disbursements:** | $205,035 | $408,709 |
| 38 | **Net Increase (Decrease) in Cash** | $32,536,996 | $32,481,546 |
| 39 | **Cash Balance, Beginning of Period** | $212,609 | $268,059 |
| 40 | **Cash Balance, End of Period** | $32,749,605 | $32,749,605 |

Revised 3/15/99

## Schedule of Payments on Behalf of Debtor
## February 2009

Line 10 & 36 – R&B Communities Ca, Inc.

| Date | Vendor | Amount |
|---|---|---|
| 02/06/09 | Federal Express | $ 28.75 |
| 02/24/09 | American Express | 17605.03 |
| 02/13/09 | The Inn | 295.84 |
| | Total | $17929.62 |

| | | | | | |
|---|---|---|---|---|---|
| Bank Book # CBDIP | | Bank Reconciliation<br>BANK OF AMERICA<br>Account # 3755557753<br>Statement Date 02/28/09 | | | PAGE 1<br>SYSTEM DATE: 03/16/200<br>10:54:31 |

Bank:

| | | | Books: | |
|---|---|---|---|---|
| Balance | 55,682.54 | | Balance | 24,802.58 |
| + Deposits In Transit | 0.00 | | + Interest Earned | 0.00 |
| - Outstanding Checks | 30,880.46- | | - Service Charges | 0.00 |
| | | | - NSF Charges | 0.00 |
| | | | - EFT Charges | 0.00 |
| Adjustments: | | | Adjustments: | |
| CHECK 2063 CLEARED .50 MORE | 0.50 | | | |
| Adjusted Balance | 24,802.58 | | Adjusted Balance | 24,802.58 |

Outstanding Checks

| VENDOR NAME | | DATED | PER. | NUMBER | AMOUNT | VOID |
|---|---|---|---|---|---|---|
| ALLMA1 | ALLISON, MacKENZIE, RUSSELL, PAVLAKIS, | 02/26/09 | 200902 | 1109 | 175.00 | |
| AQUDI1 | AQUA DIUS POOL SERVICE | 02/26/09 | 200902 | 1110 | 240.00 | |
| BANAM1 | BANK OF AMERICA | 02/26/09 | 200902 | 1111 | 1,397.18 | |
| BENVE1 | BENNER VERLENDEN HYDE LURIE | 02/26/09 | 200902 | 1112 | 35.84 | |
| BLUSH2 | BLUE SHIELD OF CALIFORNIA | 02/26/09 | 200902 | 1113 | 396.00 | |
| CAPON2 | CAPITAL ONE SERVICES | 02/26/09 | 200902 | 1114 | 1,924.78 | |
| CARVA1 | CARMEL VALLEY MANOR | 02/26/09 | 200902 | 1115 | 3,500.00 | |
| J&MMO1 | J & M MOVING AND STORAGE, INC | 02/26/09 | 200902 | 1116 | 310.00 | |
| MONPE1 | MONTEREY PENINSULA COUNTRY CLUB | 02/26/09 | 200902 | 1117 | 856.26 | |
| PACBE1 | AT&T | 02/26/09 | 200902 | 1118 | 32.85 | |
| PGE001 | PG&E | 02/26/09 | 200902 | 1119 | 361.64 | |
| SACCO3 | SACRAMENTO COUNTY UTILITIES | 02/26/09 | 200902 | 1120 | 137.98 | |
| SMUD01 | SMUD | 02/26/09 | 200902 | 1121 | 130.69 | |
| VALHI1 | VALLEY HILLS NURSURY | 02/26/09 | 200902 | 1122 | 21.24 | |
| KIMHE1 | KIM HENDREN | 01/05/09 | 200901 | 2055 | 95.00 | |
| HITS01 | HITS | 02/25/09 | 200902 | 2060 | 21,266.00 | |
| | | | | | 30,880.46 | |

CUSTOMER CONNECTION
BANK OF AMERICA, N.A.
DALLAS, TEXAS 75283-2406

Account Number 3755557753
01 01 169 05 M0000 E#       0
Last Statement: 01/30/2009
This Statement: 02/27/2009

ICP

Customer Service
1-800-342-7722

CHRISTO BARDIS
SARA BARDIS
DEBTOR IN POSSESSION #06-34878
10630 MATHER BLVD.
SACRAMENTO CA 95670

Page    1 of    3

Bankruptcy Case Number:  0634878

## CUSTOMER CONNECTION ECONOMY CHECKING

### Account Summary Information

| | | |
|---|---|---|
| Statement Period 01/31/2009 - 02/27/2009 | Statement Beginning Balance | 172,883.40 |
| Number of Deposits/Credits       2 | Amount of Deposits/Credits | 32,839,940.06 |
| Number of Checks                35 | Amount of Checks | 233,018.79 |
| Number of Other Debits           3 | Amount of Other Debits | 32,724,122.13 |
| | Statement Ending Balance | 55,682.54 |
| Number of Enclosures             0 | | |
| | Service Charge | 20.43 |

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 02/02 | | 115,838.36 | CA BANKING CENTER DEPOSIT | 5800016067686 |
| 02/03 | | 32,724,101.70 | SIR1 TREAS  220 DES:MISC PAY   ID:001269839200989 INDN:CHRISTO & SARA BARDIS    CO ID:3111036183 CCD PMT INFO:TXP*001269839*1045*051231*T*3272410170\ | 33010420159 |

### Withdrawals and Debits

Checks

| Check Number | Amount | Date Posted | Bank Reference | Check Number | Amount | Date Posted | Bank Reference |
|---|---|---|---|---|---|---|---|
| 1075 | 250.00 | 02/02 | 9752813604 | 1100 | 622.03 | 02/10 | 4892204416 |
| 1082* | 16,983.14 | 02/02 | 0792480694 | 1101 | 250.00 | 02/17 | 8992359336 |
| 1084* | 69.53 | 02/05 | 4592903290 | 1102 | 310.00 | 02/10 | 4792889610 |
| 1085 | 3,500.00 | 02/04 | 3593820312 | 1103 | 53.00 | 02/09 | 7392165552 |
| 1086 | 348.99 | 02/09 | 9292777589 | 1104 | 13,130.00 | 02/10 | 4792245336 |
| 1087 | 186.48 | 02/09 | 4592907002 | 1105 | 35.84 | 02/09 | 7393092778 |
| 1088 | 49,885.25 | 02/02 | 4292916430 | 1106 | 95.40 | 02/09 | 4692895435 |
| 1089 | 975.00 | 02/02 | 7492923410 | 1107 | 2,754.32 | 02/09 | 7392683507 |
| 1090 | 20.06 | 02/02 | 4292916325 | 1108 | 1,000.00 | 02/20 | 4392444069 |
| 1091 | 535.00 | 02/05 | 8392442143 | 2059* | 3,445.00 | 02/04 | 6592901432 |
| 1092 | 120.00 | 02/18 | 9292276336 | 2061* | 475.00 | 02/12 | 8392844280 |
| 1093 | 400.00 | 02/05 | 8392137445 | 2062 | 558.00 | 02/13 | 4992045629 |
| 1094 | 360.00 | 02/09 | 9392998387 | 2063 | 232.50 | 02/23 | 9992791599 |
| 1095 | 8,500.00 | 02/10 | 5393870148 | 2064 | 91.00 | 02/24 | 3592205556 |
| 1096 | 99.65 | 02/10 | 9592685202 | 2065 | 40.00 | 02/24 | 3592205555 |
| 1097 | 2,500.00 | 02/18 | 4192850496 | 2066 | 7,725.00 | 02/20 | 4592451700 |
| 1098 | 751.00 | 02/09 | 9392854977 | 2175* | 116,277.59 | 02/20 | 4392044068 |
| 1099 | 440.00 | 02/09 | 3992934685 | | | | |

Other Debits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 02/27 | | .43 | FDIC ASSESSMENT | |

* The preceding check(s) is still outstanding or has been included in a previous
  statement or is included in the 'Other Debits' section as an ACH paperless transaction.

CUSTOMER CONNECTION
BANK OF AMERICA, N.A.
DALLAS, TEXAS 75283-2406

Account Number 3755 5""53
01 01 169 05 M0000 2#      0
Last Statement: 01/30/2009
This Statement: 02/27/2009

DNP

Customer Service
1-800-142-7113

CHRISTO BARDIS

Page   2 of   3

Bankruptcy Case Number:   0834878

## CUSTOMER CONNECTION ECONOMY CHECKING

### Other Debits - Continued

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 02/27 | | 32,724,101.70 | WIRE TYPE:WIRE OUT DATE:090227 TIME:1520 ET TRN:20090227008931.21 SERVICE REF:011465 BNF:CHRISTO SARA BARDIS ID:2180054769 BNF BK:UNION BANK OF CALIFORNI ID:122000456 PMT DET:0109022700 9519NN | 003702931.21 |
| 02/27 | 1 | 20.00 | BANK ASSIST DOMESTIC WIRE | 09980200005 |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 01/30 | 172,883.40 | 172,883.40 | 02/12 | 32,908,598.76 | 32,908,598.76 |
| 02/02 | 220,608.31 | 220,608.31 | 02/13 | 32,908,040.76 | 32,908,040.76 |
| 02/03 | 32,944,710.01 | 32,944,710.01 | 02/17 | 32,907,790.76 | 32,907,790.76 |
| 02/04 | 32,937,765.01 | 32,937,765.01 | 02/18 | 32,905,170.76 | 32,905,170.76 |
| 02/05 | 32,936,830.01 | 32,936,830.01 | 02/20 | 32,780,168.17 | 32,780,168.17 |
| 02/06 | 32,936,760.48 | 32,936,760.48 | 02/23 | 32,779,935.67 | 32,779,935.67 |
| 02/09 | 32,931,735.45 | 32,931,735.45 | 02/24 | 32,779,804.67 | 32,779,804.67 |
| 02/10 | 32,909,073.76 | 32,909,073.76 | 02/27 | 55,682.54 | 55,682.54 |

```
            WIRE SERVICES DEPARTMENT    Wire Activity Date:  FEBRUARY 27, 2009    Page No.:    1
            POST OFFICE BOX 60691
            LOS ANGELES, CA  90060
```

Account Number: 2180054769        For Inquiries Call: (800) 418-6466

```
218
CHRISTO D BARDIS
SARA BARDIS
10630 MATHER BLVD
MATHER CA  95655
```

## Wire Transfer Activity

INCOMING WIRES RECEIVED VIA THE FEDERAL RESERVE WIRE SYSTEM BY FOREIGN OR DOMESTIC BANKS ARE PROCESSED AND CHARGED AS INCOMING DOMESTIC WIRES. INCOMING WIRES RECEIVED VIA THE S.W.I.F.T. NETWORK ARE PROCESSED AND CHARGED AS INCOMING INTERNATIONAL WIRES. THANK YOU FOR YOUR BUSINESS.

### INCOMING WIRE TRANSFER CREDITS

| TYPE | AMOUNT | OUR TRN | RECEIVED FROM | REFERENCE |
|------|--------|---------|---------------|-----------|
| 1000 | $32,724,101.70 | 090227-026751 | BANK OF AMERICA N.A. | 2009022700293121 |
| | ORIGINATOR | : | CHRISTO BARDIS | 01090227009519NN |
| | ORIGINATOR'S BANK: | | BANK OF AMERICA, N.A. | |
| | | | INFORMATION | |

```
ORDERING BANK:    BANK OF AMERICA, N.A.            100 WEST 33RD STREET
                  NEW YORK, NY, US
ORIGINATOR:       CHRISTO BARDIS                   SARA BARDIS
                  10630 MATHER BLVD.               SACRAMENTO CA 95670
```

---

*Upon receipt, please examine the confirmation and statement, and report any error or irregularity in any transfer immediately. If you have any questions, please call your office of account.*

Total Debits:        $.00
Total Credits:       $32,724,101.70
Total Transactions:  1