FILED
July 23, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0001975928

2 pages

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>JOHN D. REYNEN and JUDITH M. REYNEN,<br><br><br>Debtors. | Case No. 08-25145<br><br>Chapter 11<br><br><br>MLG-022 |
| In re:<br><br><br>CHRISTO BARDIS and SARA BARDIS,<br><br><br>Debtors. | Case No.: 08-34878<br><br><br><br>Chapter 11<br><br><br>MHK-009 |

## NOTICE OF PROPOSED MODIFICATIONS TO
## DEBTORS' FIRST AMENDED JOINT PLAN OF REORGANIZATION

MEYERS LAW GROUP, P.C.
A Professional Corporation
MERLE C. MEYERS, ESQ. CA Bar #66849
EDIE WALTERS, ESQ. CA. Bar #262730
MICHELE THOMPSON, ESQ., CA Bar #241676
44 Montgomery Street, Suite 1010
San Francisco, California 94104
Telephone: (415) 362-7500
Facsimile: (415) 362-7515
Email: mmeyers@mlg-pc.com
   ewalters@mlg-pc.com
   mthompson@mlg-pc.com

Attorneys for John and Judith Reynen, Debtors-in-Possession

MEEGAN, HANSCHU & KASSENBROCK
DAVID M. MEEGAN, ESQ. CA Bar #114549
11341 Gold Express Drive, Suite 110
Gold River, CA 95670
Telephone: (916) 925-1800
Facsimile: (916) 889-8359
Email: DMeegan@mhksacto.com

Attorneys for Christo and Sara Bardis, Debtors-in-Possession

TO: THE UNITED STATES TRUSTEE, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, ALL PARTIES WHO HAVE REQUESTED NOTICE PURSUANT TO BANKRUPTCY RULE 2002, AND ALL PARTIES WHO FILED OBJECTIONS TO THE DEBTORS' FIRST AMENDED JOINT PLAN OF REORGANIZATION (DATED MAY 29, 2009):

**PLEASE TAKE NOTICE** that on May 28, 2009 a hearing was held before the Bankruptcy Court for the Eastern District of California (Sacramento Division), in the above-captioned chapter 11 cases to consider approval of the *Proposed Disclosure Statement for Debtors' First Amended Joint Plan of Reorganization (Dated May 29, 2009)* (the "Disclosure Statement") filed by the four debtors-in-possession in the above-referenced chapter 11 cases (collectively, the "Debtor Group") regarding the *Debtors' First Amended Joint Plan of Reorganization (Dated May 29, 2009)* (the "Joint Plan"). The Disclosure Statement was approved at the hearing, and confirmation procedures were established pursuant to this Court's *Order (I) Approving Disclosure Statement with Respect to Debtors' First Amended Joint Plan of Reorganization; (II) Approving Manner of Solicitation of Acceptances; and (III) Scheduling Confirmation Hearing* (the "Confirmation Procedures Order"), entered on June 3, 2009..

**PLEASE TAKE FURTHER NOTICE** that the Debtor Group intends to modify the Joint Plan, as shown on the blacklined copy of the *Debtors' Second Amended Joint Plan of Reorganization (Dated August 1, 2009)* attached hereto as **Exhibit "A"**. The following summarizes the essential modifications contained in said exhibit, and interested parties are encouraged to review the exhibit for full details: (a) the treatment of Classes B1.8 (Wells-Wallace Secured Claim) and B1.11 (Wells-Reno Secured Claim) has been moved from Article V to Article IV, and treatment of those claims has been modified to render them unimpaired; (b) a separate class, Class B2.10, has been created for the alleged and disputed secured claim of Travelers Casualty and Surety Company of America ("Travelers"), wherein such claim, if and to the extent allowed, will be unimpaired; and (c) notice provisions have been added with respect to the status of the Travelers litigation, and any intended settlement thereof, related to its asserted lien against income tax refunds received by Christo and Sara Bardis.

**PLEASE ALSO TAKE FURTHER NOTICE** that pursuant to the Confirmation Procedures Order, on **JULY 29, 2009 AT 10:00 A.M.**, or as soon thereafter as counsel may be heard, the confirmation hearing on the Joint Plan, as modified, will be held before the Honorable Christopher M. Klein, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Eastern District of California, Courtroom 35, 6th Floor, 501 I Street, Sacramento, California 95814. Any remaining objections to the Joint Plan, as modified by the exhibit hereto, must be filed and served upon the Debtor Group's counsel of record no later than July 27, 2009. Interested parties are invited, but not required, to attend the hearing.

DATED: July 23, 2009

Submitted by:

| | |
|---|---|
| MEYERS LAW GROUP, P.C. | MEEGAN, HANSCHU & KASSENBROCK |
| Merle C. Meyers, Esq., CA Bar #66849 | David M. Meegan, Esq., CA Bar #114549 |
| Edie Walters, Esq. CA Bar #262730 | |
| Michele Thompson, CA Bar #241676 | By: <u>David M. Meegan</u> |
| | David M. Meegan, Esq. |
| By: <u>/s/ Merle C. Meyers</u> | Attorneys for Bardis Debtors |
| Merle C. Meyers, Esq. | |
| Attorneys for Reynen Debtors | |

23788/20014
NOTICE OF PROPOSED MODIFICATIONS TO DEBTORS' FIRST AMENDED JOINT PLAN OF REORGANIZATION