UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Case Title :** | John D. Reynen and Judith M. Reynen | **Case No :** | 08-25145 – C – 11 |
| | | **Date :** | 7/29/09 |
| | | **Time :** | 10:00 |
| **Matter :** | [679] – Amended/Modified [585] Plan Filed by Interested Parties Christo Bardis, Sara Bardis, Debtors In Possession John D. Reynen, Judith M. Reynen (shbs) | | OPPOSED |
| **Judge :** | Christopher M. Klein | | |
| **Courtroom Deputy :** | Teresa Jackson | | |
| **Reporter :** | Diamond Reporters | | |
| **Department :** | C | | |

**APPEARANCES for :**
**Movant(s) :**
    Debtor(s) Attorney – Merle C. Meyers
    Debtor(s) Attorney – David Meegan-Bardis Case
**Respondent(s) :**
    Creditor – Marc Levinson; Walter Gouldsbury
(by phone)  Creditor's Attorney – Sheri Kanesaka; Pamela LaBruyere; H. Mark Mersel; Chad Schexnayder; David Wiseblood

MOTION was :
Findings of fact/conclusions of law stated orally on record

Plan confirmed.

ORDER TO BE PREPARED BY :    Merle Meyers
ORDER TO BE APPROVED BY :    Marc Levinson.